IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| BURKHALTER RIGGING, INC.., *et al.*,[1] | * | Case No. 19-30495 (MI) |
| DEBTOR. | * | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that MARMAC, LLC, d/b/a McDonough Marine Service ("*McDonough Marine*") hereby appears through its counsel, Benjamin W. Kadden and the law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard ("*Counsel*"). Counsel hereby enters its appearance pursuant to section 1109(b) of Title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and request that each of the undersigned be added to the official mailing matrix and service lists in the above-captioned Chapter 11 case. Counsel request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these Chapter 11 cases and copies of all papers served or required to be served in these Chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, Chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, at the addresses, telephone, and email addresses set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Burkhalter Riggins, Inc. (8314); Burkhalter Specialized Transport, LLC (1151); and Burkhalter Transport, Inc. (2096). The address for all of the Debtors is 2193 Highway 45 South, Columbus MS 30701.

1

MARMAC, LLC, d/b/a McDonough Marine Service  
Attn: Benjamin W. Kadden  
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard  
601 Poydras St., Suite 2775  
New Orleans, LA 70130  
Telephone: (504) 568-1990  
Facsimile: (504) 310-9195  
E-mail: bkadden@lawla.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned Chapter 11 cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of Express Supply, including, without limitation, to (i) request that final orders in non-core proceedings be entered only after de novo review by a higher court; (ii) demand trial by jury in any proceeding in this case, or any case, controversy, or adversary proceeding related to this case; (iii) request withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which McDonough Marine may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and not waived.

Respectfully Submitted,

LUGENBUHL, WHEATON, PECK,      /s/ Benjamin W. Kadden  
   RANKIN & HUBBARD              BENJAMIN W. KADDEN  
                                          Texas Bar No. 24077542  
                                          601 Poydras Street, Suite 2775  
                                          New Orleans, LA 70130

Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: bkadden@lawla.com

*Counsel for MARMAC, LLC, d/b/a McDonough Marine Service*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a true and correct copy of the Notice of Appearance and Request for Notices via Notice of Electronic Filing on this 4th day of February, 2019.

/s/ Benjamin W. Kadden