**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BURKHALTER RIGGING, INC., *et al.*,[1] | ) |
| | ) Case No. 19-30495 (MI) |
| Debtors. | ) |
| | ) (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Please take notice that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as attorney of record for **TORTORIGI TRANSPORT, LLC**, a creditor and party in interest in the above-captioned bankruptcy cases.

Please take further notice that the undersigned hereby requests that all notices and papers specified by or filed pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, and all other notices given or required to be given in this case, be given and served upon:

Nathan V. Graham
Bradley Arant Boult Cummings LLP
JPMorgan Chase Tower
600 Travis Street, Ste. 4800
Houston, TX 77002
Telephone:  (713) 576-0305
Facsimile:  (713) 576-0301
Email:  ngraham@bradley.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Burkhalter Rigging, Inc. (8314); Burkhalter Specialized Transport, LLC (1151); Burkhalter Transport, Inc. (2096). The address for all of the Debtors is 2193 Highway 45 South, Columbus, MS 39701.

4835-7882-1511.1

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents or items of correspondence brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, telex or otherwise.

This Notice of Appearance shall not be deemed or construed to be a waiver of any of the rights of Tortorigi Transport, LLC, including, without limitation, to (i) request that final orders in noncore proceedings be entered only after de novo review by a higher court; (ii) demand trial by jury in any proceeding in this case, or any case, controversy, or adversary proceeding related to this case; (iii) request withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Tortorigi Transport, LLC may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved and not waived.

Respectfully submitted,

 */s/ Nathan V. Graham*
Nathan V. Graham
Bradley Arant Boult Cummings LLP
Texas Bar No. 24034463
JPMorgan Chase Tower
600 Travis Street, Ste. 4800
Houston, Texas 77002
Telephone:  (713) 576-0305
Facsimile:  (713) 576-0301
Email:  ngraham@bradley.com

## **CERTIFICATE OF SERVICE**

      I certify that on February 4, 2019, a true and correct copy of this Notice of Appearance and Request for Notices was served on all parties authorized to receive notice through the ECF notice system in this case.

                                                    */s/ Nathan V. Graham*
                                                        OF COUNSEL

4835-7882-1511.1