UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| | | | |
|---|---|---|---|
| Division | Houston | Main Case Number | 19-30495 |
| Debtor | In Re: | BURKHALTER RIGGING, INC., et al. | |

This lawyer, who is admitted to the State Bar of _____Alabama & Texas_____ :

| | |
|---|---|
| Name | James B. Bailey |
| Firm | Bradley Arant Boult Cummings LLP |
| Street | 1819 Fifth Avenue North |
| City & Zip Code | Birmingham, AL 35203 |
| Telephone | 205-521-8913 |
| Licensed: State & Number | Alabama (ASB-2139-A60B) Texas (24108289) |

Seeks to appear as the attorney for this party:

| | |
|---|---|
| | Tortorigi Transport, LLC |
| Dated: 2/5/2019 | Signed: *[signature]* |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| | |
|---|---|
| Dated: | Signed: _____ |
| | Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                                  United States Bankruptcy Judge