## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| BURKHALTER RIGGING, INC., *et al.,*[1] | § | Case No. 19-30495 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### AFFIDAVIT OF SERVICE

I, Madison C. Sandmeyer, depose and say that I am employed by Stretto, the *proposed* claims, noticing & solicitation agent for the Debtors in the above-captioned cases.

On February 5, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on Unemployment Tax Office at PO Box 149037, Austin, TX 78714-9037:

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 8)

Furthermore, on February 4, 2019, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A,** and via electronic mail on the service list attached hereto as **Exhibit B:**

- **Declaration of Michael Tinsley in Support of Chapter 11 Petitions and First Day Motions** (Docket No. 15)

- **Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief** (Docket No. 17)

- **Order Granting Complex Chapter 11 Bankruptcy Case Treatment** (Docket No. 18)

- **Notice of Proposed Interim DIP Budget** (Docket No. 20)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Burhalter Rigging Inc. (8314); Burkhalter Specialized Transport, LLC (1511); Burkhalter Transport, Inc. (2096). The address for all of the Debtors is 16525 FM 521 Rosharon, TX 77583.

Furthermore, on February 4, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit C**:

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Coverage and Existing Insurance Premium Financing Agreements, (B) Satisfy All Prepetition Obligations Related to that Insurance Coverage in the Ordinary Course of Business, and (C) Renew, Supplement, or Enter into New Insurance Coverage in the Ordinary Course of Business, and (II) Granting Related Relief Notice Under BLR 9013-1(b) and 9013 (i)** (Docket No. 11)

Furthermore, on February 4, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached here to as **Exhibit E**:

- **Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business** (Docket No. 10)

Furthermore, on February 4, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit F**:

- **Debtors' Emergency Motion for Entry of Order (I) Allowing Debtors to Temporarily Use Their Existing Bank Accounts (II) Granting a 45 Day Extension for Debtors to Comply with the Operating Guidelines and Reporting Requirements for Debtors in Possession and (III) Granting Related Relief** (Docket No. 13)

Furthermore, on February 2, 2019, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit G**, and via electronic mail on the service list attached hereto as **Exhibit H:**

- **Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief** (Docket No. 2)

- **Proposed Order Granting Complex Chapter 11 Bankruptcy Case Treatment** (Docket No. 4)

- **Debtors' Emergency Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs** (Docket No. 5)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief** (Docket No. 6)

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Consolidated Creditors Lists, (II) Authorizing Redaction of Certain Personal Identification Information, (III) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information** (Docket No. 7)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 8)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, and (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests** (Docket No. 9)

- **Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business** (Docket No. 10)

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Coverage and Existing Insurance Premium Financing Agreements, (B) Satisfy All Prepetition Obligations Related to that Insurance Coverage in the Ordinary Course of Business, and (C) Renew, Supplement, or Enter into New Insurance Coverage in the Ordinary Course of Business, and (II) Granting Related Relief Notice Under BLR 9013-1(b) and 9013 (i)** (Docket No. 11)

- **Debtors' Emergency Application for Entry of an Order Authorizing the Debtors to Employ and Retain Stretto as Claims, Noticing, and Solicitation Agent, Effective Nunc Pro Tunc to the Petition Date** (Docket No. 12)

- **Debtors' Emergency Motion for Entry of Order (I) Allowing Debtors to Temporarily Use Their Existing Bank Accounts (II) Granting a 45 Day Extension for Debtors to Comply with the Operating Guidelines and Reporting Requirements for Debtors in Possession and (III) Granting Related Relief** (Docket No. 13)

Furthermore, on February 2, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit I**:

- **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, and (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests** (Docket No. 9)

Dated: February 5, 2019

_Madison Sandmyr_

Madison C. Sandmeyer

State of Colorado )
                 ) SS.
County of Denver )

Subscribed and sworn before me this 5th day of February 2019 by Madison C. Sandmeyer.

(Notary's official signature)

JAMILLA DENNIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174035342
MY COMMISSION EXPIRES AUGUST 23, 2021

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ALABAMA DEPT. OF REVENUE | INDIVIDUAL & CORP. TAX DIVISION | PO BOX 327483 | | MONTGOMERY | AL | 36132-7483 | |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | ATTN: STEVE MARSHALL | 501 WASHINGTON AVE. | | MONTGOMERY | AL | 36104 | |
| AMERICAN MAT & TIMBER CO | ATTN: CINDY ANDREWS | PO BOX 262448 | | HOUSTON | TX | 77207 | |
| AMERICAN MAT & TIMBER CO | 6422 MCCGREW | | | HOUSTON | TX | 77087 | |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN:LESLIE RUTLEDGE | 323 CENTER STREET | SUITE 200 | LITTLE ROCK | AR | 72201 | |
| BUCKNER HEAVYLIFT CRANES LLC | ATTN: MICHAEL HOLT | 4732 NC 54 E | | GRAHAM | NC | 27253 | |
| BURKHALTER PROPERTIES | PO BOX 9360 | | | COLUMBUS | MS | 39705 | |
| BURKHALTER PROPERTIES | 2193 HIGHWAY 45 SOUTH | | | COLUMBUS | MS | 39701 | |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | ATTN: XAVIER BECERRA | 455 GOLDEN GATE | SUITE 11000 | SAN FRANCISCO | CA | 94102-7004 | |
| CAPITAL CITY GROUP, INC. | ATTN: NICK SALVATORE | 2299 PERFORMANCE WAY | | COLUMBUS | OH | 43209 | |
| CENTRAL BOAT RENTALS INC | 1640 RIVER ROAD | | | BERWICK | LA | 70381 | |
| CENTRAL BOAT RENTALS INC | ATTN: DON ORLANDO | PO BOX 2545 | | MORGAN CITY | LA | 70381 | |
| CERES CONSULTING LLC | ATTN: DIANA SZOLGA | 3808 COOKSON ROAD | | EAST ST. LOUIS | IL | 62201 | |
| CREATIVE LODGING SOLUTIONS LLC | ATTN: LINDSEY HERRINGTON | PO BOX 896065 | | CHARLOTTE | NC | 28289 | |
| CREATIVE LODGING SOLUTIONS LLC | 3199 BEAUMONT CENTRE CIR. | | | LEXINGTON | KY | 40513 | |
| DOZIER CRANE INC | 156 PINE BARREN RD | | | POOLER | GA | 31322-1137 | |
| ENVIRONMENTAL PROTECTION AGENCY | REGION 4 OFFICE | ATLANTA FEDERAL CENTER | 61 FORSYTH STREET, SW | ATLANTA | GA | 30303-3104 | |
| ENVIRONMENTAL PROTECTION AGENCY | REGION 5 OFFICE | 77 WEST JACKSON BLVD. | | CHICAGO | IL | 60604-3507 | |
| ENVIRONMENTAL PROTECTION AGENCY | REGION 6 MAIN OFFICE | 1445 ROSS AVENUE | SUITE 1200 | DALLAS | TX | 75202 | |
| ENVIRONMENTAL PROTECTION AGENCY | REGION 9 OFFICE | 75 HAWTHORNE STREET | | SAN FRANCISCO | CA | 94105 | |
| FAGIOLI INC | ATTN: FEDERICO DALLAGLIO | 21310 HWY 6 | | MANVEL | TX | 77578 | |
| FLEET MANAGEMENT | ATTN: HEATHER DALE | 221 N HOGAN ST | SUITE 367 | JACKSONVILLE | FL | 32202 | |
| GEORIGA OFFICE OF THE ATTORNEY GENERAL | ATTN: CHRIS CARR | 40 CAPITAL SQ SW | | ATLANTA | GA | 30334 | |
| HEATH & LINEBACK ENGINEERS INC | 2390 CANTON RD | BUILDING 200 | | MARIETTA | GA | 30066 | |
| HOVAGO | ATTN: MARCEL RIEMSLAG | GALVANISTRAAT 35 | | DORDRECHT | | 3316 GH | THE NETHERLANDS |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | ATTN: LISA M. MADIGAN | SPRINGFIELD MAIN OFFICE | 500 S 2ND STREET | SPRINGFIELD | IL | 62701 | |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | ATTN: LISA M. MADIGAN | CHICAGO MAIN OFFICE | 100 WEST RANDOLPH ST. | CHICAGO | IL | 60601 | |
| INTERNAL REVENUE SERVICE | PO BOX 932000 | | | LOUISVILLE | KY | 40293-2000 | |
| INTERNAL REVENUE SERVICE | PO BOX 932100 | | | LOUISVILLE | KY | 40293-2100 | |
| INTERNAL REVENUE SERVICE | HOUSTON DIVISION | 1919 SMITH STREET | | HOUSTON | TX | 77002 | |
| KENCO BUCKET TRUCKS LLC | PO BOX 3140 | DEPT 450 | | HOUSTON | TX | 77253 | |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | ATTN: JEFF LANDRY | 1885 N. THIRD STREET | | BATON ROUGE | LA | 70802 | |
| LOWNDES COUNTY PROPERTY TAX ASSESSOR | PO BOX 1077 | | | COLUMBUS | MS | 39704 | |
| MARMAC, LLC ,D/B/A MCDONOUGH MARINE SERVICE | C/O LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | ATTN: BENJAMIN W. KADDEN | 601 POYDRAS ST., STE 2775 | | | | |
| MAXIM CRANE WORKS | ATTN: KELLY SHELTON | LOCKBOX 774389 | 4389 SOLUTIONS CENTER | CHICAGO | IL | 60677-4003 | |
| MCDONOUGH MARINE SERVICE | ATTN: CHRISTINE WALE | 3500 N CAUSEWAY BLVD | SUITE 900 | METAIRIE | LA | 70002 | |
| METROPOLITAN EQUITY PARTNERS ADM. LLC | 70 EAST 55TH STREET | | | NEW YORK | NY | 10022 | |
| METROPOLITAN EQUITY PARTNERS ADM. LLC | C/O FOLEY HOAG LLP | ATTN: ANDREW SCHWARTZ | 155 SEAPORT BOULEVARD | BOSTON | MA | 02210-2600 | |
| MISSISSIPPI DEPARTMENT OF UNEMPLOYMENT SECURITY | PO BOX 22781 | | | JACKSON | MS | 39225-2781 | |
| MISSISSIPPI DEPARTMENT OF REVENUE | PO BOX 23191 | | | JACKSON | MS | 39225-3191 | |
| MS. OFFICE OF THE ATTORNEY GENERAL | ATTN: JIM HOOD | WALTER SILLERS BUILDING | 550 HIGH STREET, STE 1200 | JACKSON | MS | 39201 | |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK STREET | SUITE 3516 | | HOUSTON | TX | 77002 | |
| OHIO OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE DEWINE | 30 E BROAD ST. | 14TH FLOOR | COLUMBUS | OH | 43215 | |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE HUNTER | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 | |
| RISS CARGO MANAGEMENT | ATTN: CHRISTI SMITH | ONE ST LOUIS CENTRE | SUITE 5000 | MOBILE | AL | 36602 | |



**Exhibit A**
Served Via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| RITTER FOREST PRODUCTS INC | SHARON HARTFORD | PO BOX 1265 | | NEDERLAND | TX | 77627 | |
| RITTER FOREST PRODUCTS INC | 3386 KNAUTH ROAD | | | BEAUMONT | TX | 77705 | |
| ROADRUNNER TRANSPORTATION | 1007 INDUSTRIAL DRIVE | | | SAUK RAPIDS | MN | 56379 | |
| ROADRUNNER TRANSPORTATION | ATTN: MICHAEL WILT | PO BOX 95000 | | CHICAGO | IL | 60694-5000 | |
| STATE OF CALIFORNIA EMPLOYMENT | DEVELOPMENT DEPARTMENT | PO BOX 989061 | | W. SACRAMENTO | CA | 95798-9061 | |
| STATE OF MISSISSIPPI DEPT. OF REVENUE | PO BOX 960 | | | JACKSON | MS | 39205 | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | ATTN: KEN PAXTON | 300 W. 15TH STREET | | AUSTIN | TX | 78701 | |
| THOMA ENGINEERING LLC | 8784 S. COUNTY RD. 33 | | | DOTHAN | AL | 36301 | |
| TORTORIGI HAULING INC | ATTN: JOESPH TORTORIGI | PO BOX 13 | | TRUSSVILLE | AL | 35173 | |
| TORTORIGI HAULING INC. | 3801 MARY TAYLOR RD. | | | BIRMINGHAM | AL | 35235 | |
| TORTORIGI HAULING INC. | C/O BRADLEY, ARANT, BOULT & CUMMINGS LLP | ATTN: RICHARD H. MONK III | ONE FEDERAL PLACE, 1819 5TH AVE. N. | BIRMINGHAM | AL | 35203 | |
| TRINITY LOGISTICS INC | ATTN: HANNAH ROGERS | PO BOX 62702 | | BALTIMORE | MD | 21264-2702 | |
| TRINITY LOGISTICS INC. | 1441-B AIRPORT FREEWAY | SUITE 250 | | EULESS | TX | 76040 | |
| TRUSTMARK CREDIT CARD CENTER | PO BOX 143 | | | JACKSON | MS | 39205-0143 | |
| U.S ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS | 1000 LOUISIANA, STE. 2300 | | HOUSTON | TX | 77002 | |

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| NAME | ADDRESS 1 | ADDRESS 2 | EMAIL |
|---|---|---|---|
| AMERICAN MAT & TIMBER CO | | | INFO@AMERICANMATANDTIMBER.COM |
| AMERICAN MAT & TIMBER CO | ATTN: CINDY ANDREWS | | CANDREWS@AMERICANMATANDTIMBER.COM |
| BUCKNER HEAVYLIFT CRANES LLC | ATTN: MICHAEL HOLT | | MICHAELH@BUCKNERCOMPANIES.COM |
| BURKHALTER PROPERTIES | | | INFO@BURKHALTER.NET |
| CAPITAL CITY GROUP, INC. | ATTN: NICK SALVATORE | | NSALVATORE@CC.GROUP-INC.COM |
| CENTRAL BOAT RENTALS INC | ATTN: DON ORLANDO | | DON@CENTRALBOAT.COM |
| CERES CONSULTING LLC | ATTN: DIANA SZOLGA | | DIANAS@CERESBARGE.COM |
| CREATIVE LODGING SOLUTIONS LLC | ATTN: LINDSEY HERRINGTON | | LINDSEY.HERRINGTON@YOURCLS.COM |
| CREATIVE LODGING SOLUTIONS LLC | | | INFO@YOURCLS.COM |
| ENVIRONMENTAL PROTECTION AGENCY | REGION 9 OFFICE | | R9.INFO@EPA.GOV |
| FAGIOLI INC | ATTN: FEDERICO DALLAGLIO | | F.DALLAGLIO@FAGIOLI.COM |
| FLEET MANAGEMENT | ATTN: HEATHER DALE | | HEATHER@FMSGL.COM |
| HEATH & LINEBACK ENGINEERS INC | | | INFO@HEATH-LINEBACK.COM  PZACHARY@HEATH-LINEBACK.COM |
| HOVAGO | ATTN: MARCEL RIEMSLAG | | RIEMSLAG@HOVAGO.COM |
| KENCO BUCKET TRUCKS LLC | | | KENCO@HIGHLOADS.COM |
| LOWNDES COUNTY PROPERTY TAX ASSESSOR | | | ASSESSORS@LOWNDESCOUNTY.COM |
| MARMAC, LLC | C/O LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | ATTN: BENJAMIN W. KADDEN | BKADDEN@LAWLA.COM |
| MAXIM CRANE WORKS | ATTN: KELLY SHELTON | | KSHELTON@MAXIMCRANE.COM |
| MCDONOUGH MARINE SERVICE | ATTN: CHRISTINE WALE | | CWALE@MCDONOUGHMARINE.COM |
| METROPOLITAN EQUITY PARTNERS ADMINISTRATION. LLC | C/O FOLEY HOAG LLP, ATTN: ANDREW SCHWARTZ | | ASCHWARTZ@FOLEYHOAG.COM |
| OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE HUNTER | | QUESTIONS@OAG.OK.GOV |
| OFFICE OF THE ATTORNEY GENERAL | ATTN:LESLIE RUTLEDGE | | OAG@ARKANSASAG.GOV |
| OFFICE OF THE ATTORNEY GENERAL | ATTN: JEFF LANDRY | | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| RISS CARGO MANAGEMENT | ATTN: CHRISTI SMITH | | CSMITH@RISSCARGO.COM |
| RITTER FOREST PRODUCTS INC | SHARON HARTFORD | | SHARON@RITTERLUMBER.NET |
| ROADRUNNER TRANSPORTATION | ATTN: MICHAEL WILT | | MWILDT@ASCENTGL.COM |
| ROADRUNNER TRANSPORTATION | | | JKENT@RRTS.COM |
| TORTORIGI HAULING INC | ATTN: JOESPH TORTORIGI | | JOESPH@TORTORIGI.COM |
| TORTORIGI HAULING INC. | | | QUOTES@TORTORIGI.COM |
| TORTORIGI HAULING INC. | C/O BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: RICHARD H. MONK III | RMONK@BRADLEY.COM |
| TRINITY LOGISTICS INC | ATTN: HANNAH ROGERS | | HANNAH.ROGERS@TRINITYLOGISTICS.COM |
| U.S ATTORNEY'S OFFICE | SD OF TEXAS | | USATXS.ATTY@USDOJ.GOV |

In re: Burkhalter Rigging, Inc., et al.
Case No. 19-30495

# **<u>Exhibit C</u>**



**Exhibit C**
Served Via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORP. | 555 COLLEGE ROAD EAST | | PRINCETON | NJ | 08543-5241 | |
| AMERICAN LONGSHORE MUTUAL ASSOCIATION, LTD. | CLARENDON HOUSE, 2 CHURCH ST. | PO BOX HM 666 | HAMILTION | | HM CX | BERMUDA |
| ARCH SPECIALTY INSURANCE CO. | 311 SOUTH WACKER DRIVE | SUITE 3700 | CHICAGO | IL | 60606 | |
| CONTINENTAL CASUALTY COMPANY | 151 NORTH FRANKLIN STREET | | CHICAGO | IL | 60606 | |
| INTERNATIONAL INSURANCE CO OF HANNOVER LTD. | 10 FENCHURCH STREET | | LONDON | | EC3M 3BE | UNITED KINGDOM |
| PENNSYLVANIA MANUFACTURERS ASSOCIATION INSURANCE CO. | 380 SENTRY PARKWAY | | BLUE BELL | PA | 19422-0754 | |
| THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE CO. | 555 COLLEGE ROAD EAST | | PRINCETON | NJ | 08543-5241 | |
| WESTCHESTER FIRE INSURANCE COMPANY | 436 WALNUT STREET | PO BOX 1000 | PHILADELPHIA | PA | 19106-3703 | |

# **Exhibit D**



**Exhibit D**

Served Via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| AQUARIUS MARITIME CONSULT LLC | 460 GARCIA DRIVE | | VIRGINIA BEACH | VA | 23454 |
| CARR RIGGS & INGRAM LLC | PO BOX 2418 | | RIDGELAND | MS | 39158 |
| COLLINS ENGINEERS INC | 123 NORTH WACKER DR | SUITE 900 | CHICAGO | IL | 60606 |
| GENESIS STRUCTURES INC | 104 W 9TH | SUITE 200 | KANSAS CITY | MO | 64105 |
| MAYO MALLETTE PLLC | PO BOX 1456 | | OXFORD | MS | 38655 |
| MITCHELL, MCNUTT & SAMS P.A. | PO BOX 7120 | | TUPELO | MS | 38802-7120 |
| NATIONAL TRANSACTION ADVISORS | 8333 DOUGLAS AVE | SUITE 1200 | DALLAS | TX | 75225 |
| ULMER & BERNE LLP | PO BOX 711954 | | CINCINNATI | OH | 45271-1954 |

# **Exhibit E**



**Exhibit E**

Served Via Electronic Mail

| NAME | EMAIL |
|------|-------|
| AQUARIUS MARITIME CONSULT LLC | OPS@AQUARIUSMARITIME.COM |
| MAYO MALLETTE PLLC | MDSMITH@MAYOMALLETTE.COM |
| NATIONAL TRANSACTION ADVISORS | JONEILL@NTA-RIVERBEND.COM |
| ULMER & BERNE LLP | JLIPCIUS@ULMER.COM |

# **Exhibit F**



**Exhibit F**

Served Via Overnight Mail

| NAME | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|
| REGIONS BANK | 1900 FIFTH AVE. NORTH | BIRMINGHAM | AL | 35203 |
| TRUSTMARK NATIONAL BANK | PO BOX 291 | JACKSON | MS | 39205 |

# **<u>Exhibit G</u>**



**Exhibit G**
Served Via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ALABAMA DEPT. OF REVENUE | INDIVIDUAL & CORPORATE TAX DIV. | PO BOX 327483 | | MONTGOMERY | AL | 36132-7483 | |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | ATTN: STEVE MARSHALL | 501 WASHINGTON AVE. | | MONTGOMERY | AL | 36104 | |
| AMERICAN MAT & TIMBER CO | ATTN: CINDY ANDREWS | PO BOX 262448 | | HOUSTON | TX | 77207 | |
| AMERICAN MAT & TIMBER CO | 6422 MCCGREW | | | HOUSTON | TX | 77087 | |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN:LESLIE RUTLEDGE | 323 CENTER STREET | SUITE 200 | LITTLE ROCK | AR | 72201 | |
| BUCKNER HEAVYLIFT CRANES LLC | ATTN: MICHAEL HOLT | 4732 NC 54 E | | GRAHAM | NC | 27253 | |
| BURKHALTER PROPERTIES | PO BOX 9360 | | | COLUMBUS | MS | 39705 | |
| BURKHALTER PROPERTIES | 2193 HIGHWAY 45 SOUTH | | | COLUMBUS | MS | 39701 | |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | ATTN: XAVIER BECERRA | 455 GOLDEN GATE | SUITE 11000 | SAN FRANCISCO | CA | 94102-7004 | |
| CAPITAL CITY GROUP, INC. | ATTN: NICK SALVATORE | 2299 PERFORMANCE WAY | | COLUMBUS | OH | 43209 | |
| CENTRAL BOAT RENTALS INC | 1640 RIVER ROAD | | | BERWICK | LA | 70381 | |
| CENTRAL BOAT RENTALS INC | ATTN: DON ORLANDO | PO BOX 2545 | | MORGAN CITY | LA | 70381 | |
| CERES CONSULTING LLC | ATTN: DIANA SZOLGA | 3808 COOKSON ROAD | | EAST ST. LOUIS | IL | 62201 | |
| CREATIVE LODGING SOLUTIONS LLC | ATTN: LINDSEY HERRINGTON | PO BOX 896065 | | CHARLOTTE | NC | 28289 | |
| CREATIVE LODGING SOLUTIONS LLC | 3199 BEAUMONT CENTRE CIR. | | | LEXINGTON | KY | 40513 | |
| DOZIER CRANE INC | 156 PINE BARREN RD | | | POOLER | GA | 31322-1137 | |
| ENVIRONMENTAL PROTECTION AGENCY | REGION 4 OFFICE | ATLANTA FEDERAL CENTER | 61 FORSYTH STREET, SW | ATLANTA | GA | 30303-3104 | |
| ENVIRONMENTAL PROTECTION AGENCY | REGION 5 OFFICE | 77 WEST JACKSON BLVD. | | CHICAGO | IL | 60604-3507 | |
| ENVIRONMENTAL PROTECTION AGENCY | REGION 6 MAIN OFFICE | 1445 ROSS AVENUE | SUITE 1200 | DALLAS | TX | 75202 | |
| ENVIRONMENTAL PROTECTION AGENCY | REGION 9 OFFICE | 75 HAWTHORNE STREET | | SAN FRANCISCO | CA | 94105 | |
| FAGIOLI INC | ATTN: FEDERICO DALLAGLIO | 21310 HWY 6 | | MANVEL | TX | 77578 | |
| FLEET MANAGEMENT | ATTN: HEATHER DALE | 221 N HOGAN ST | SUITE 367 | JACKSONVILLE | FL | 32202 | |
| GEORIGA OFFICE OF THE ATTORNEY GENERAL | ATTN: CHRIS CARR | 40 CAPITAL SQ SW | | ATLANTA | GA | 30334 | |
| HEATH & LINEBACK ENGINEERS INC | 2390 CANTON RD | BUILDING 200 | | MARIETTA | GA | 30066 | |
| HOVAGO | ATTN: MARCEL RIEMSLAG | GALVANISTRAAT 35 | | DORDRECHT | | 3316 GH | THE NETHERLANDS |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | ATTN: LISA M. MADIGAN | SPRINGFIELD MAIN OFFICE | 500 S 2ND STREET | SPRINGFIELD | IL | 62701 | |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | ATTN: LISA M. MADIGAN | CHICAGO MAIN OFFICE | 100 WEST RANDOLPH ST. | CHICAGO | IL | 60601 | |
| INTERNAL REVENUE SERVICE | PO BOX 932000 | | | LOUISVILLE | KY | 40293-2000 | |
| INTERNAL REVENUE SERVICE | PO BOX 932100 | | | LOUISVILLE | KY | 40293-2100 | |
| INTERNAL REVENUE SERVICE | HOUSTON DIVISION | 1919 SMITH STREET | | HOUSTON | TX | 77002 | |
| KENCO BUCKET TRUCKS LLC | PO BOX 3140 | DEPT 450 | | HOUSTON | TX | 77253 | |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | ATTN: JEFF LANDRY | 1885 N. THIRD STREET | | BATON ROUGE | LA | 70802 | |
| LOWNDES COUNTY PROPERTY TAX ASSESSOR | PO BOX 1077 | | | COLUMBUS | MS | 39704 | |
| MAXIM CRANE WORKS | ATTN: KELLY SHELTON | LOCKBOX 774389 | 4389 SOLUTIONS CENTER | CHICAGO | IL | 60677-4003 | |
| MCDONOUGH MARINE SERVICE | ATTN: CHRISTINE WALE | 3500 N CAUSEWAY BLVD | SUITE 900 | METAIRIE | LA | 70002 | |
| METROPOLITAN EQUITY PARTNERS ADM. LLC | 70 EAST 55TH STREET | | | NEW YORK | NY | 10022 | |
| METROPOLITAN EQUITY PARTNERS ADM. LLC | C/O FOLEY HOAG LLP | ATTN: ANDREW SCHWARTZ | 155 SEAPORT BOULEVARD | BOSTON | MA | 02210-2600 | |
| MISSISSIPPI DEPARTMENT OF REVENUE | PO BOX 23191 | | | JACKSON | MS | 39225-3191 | |
| MISSISSIPPI DEPT. OF UNEMPLOYMENT SECURITY | PO BOX 22781 | | | JACKSON | MS | 39225-2781 | |
| MS. OFFICE OF THE ATTORNEY GENERAL | ATTN: JIM HOOD | WALTER SILLERS BUILDING | 550 HIGH STREET, STE 1200 | JACKSON | MS | 39201 | |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK STREET | SUITE 3516 | | HOUSTON | TX | 77002 | |
| OHIO OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE DEWINE | 30 E BROAD ST. 14TH FLOOR | | COLUMBUS | OH | 43215 | |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE HUNTER | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 | |
| RISS CARGO MANAGEMENT | ATTN: CHRISTI SMITH | ONE ST LOUIS CENTRE | SUITE 5000 | MOBILE | AL | 36602 | |
| RITTER FOREST PRODUCTS INC | SHARON HARTFORD | PO BOX 1265 | | NEDERLAND | TX | 77627 | |
| RITTER FOREST PRODUCTS INC | 3386 KNAUTH ROAD | | | BEAUMONT | TX | 77705 | |
| ROADRUNNER TRANSPORTATION | 1007 INDUSTRIAL DRIVE | | | SAUK RAPIDS | MN | 56379 | |
| ROADRUNNER TRANSPORTATION | ATTN: MICHAEL WILT | PO BOX 95000 | | CHICAGO | IL | 60694-5000 | |
| STATE OF CALIFORNIA EMPLOYMENT | DEVELOPMENT DEPARTMENT | PO BOX 989061 | | W. SACRAMENTO | CA | 95798-9061 | |
| STATE OF MISSISSIPPI DEPT. OF REVENUE | PO BOX 960 | | | JACKSON | MS | 39205 | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | ATTN: KEN PAXTON | 300 W. 15TH STREET | | AUSTIN | TX | 78701 | |



**Exhibit G**
Served Via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| THOMA ENGINEERING LLC | 8784 S. COUNTY RD. 33 | | | DOTHAN | AL | 36301 | |
| TORTORIGI HAULING INC | ATTN: JOESPH TORTORIGI | PO BOX 13 | | TRUSSVILLE | AL | 35173 | |
| TORTORIGI HAULING INC. | 3801 MARY TAYLOR RD. | | | BIRMINGHAM | AL | 35235 | |
| TRINITY LOGISTICS INC | ATTN: HANNAH ROGERS | PO BOX 62702 | | BALTIMORE | MD | 21264-2702 | |
| TRINITY LOGISTICS INC. | 1441-B AIRPORT FREEWAY | SUITE 250 | | EULESS | TX | 76040 | |
| TRUSTMARK CREDIT CARD CENTER | PO BOX 143 | | | JACKSON | MS | 39205-0143 | |
| U.S ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS | 1000 LOUISIANA, STE. 2300 | | HOUSTON | TX | 77002 | |

# **<u>Exhibit H</u>**



**Exhibit H**

Served Via Electronic Mail

| NAME | ADDRESS 1 | EMAIL |
|------|-----------|-------|
| AMERICAN MAT & TIMBER CO | | INFO@AMERICANMATANDTIMBER.COM |
| AMERICAN MAT & TIMBER CO | ATTN: CINDY ANDREWS | CANDREWS@AMERICANMATANDTIMBER.COM |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN:LESLIE RUTLEDGE | OAG@ARKANSASAG.GOV |
| BUCKNER HEAVYLIFT CRANES LLC | ATTN: MICHAEL HOLT | MICHAELH@BUCKNERCOMPANIES.COM |
| BURKHALTER PROPERTIES | | INFO@BURKHALTER.NET |
| CAPITAL CITY GROUP, INC. | ATTN: NICK SALVATORE | NSALVATORE@CC.GROUP-INC.COM |
| CENTRAL BOAT RENTALS INC | ATTN: DON ORLANDO | DON@CENTRALBOAT.COM |
| CERES CONSULTING LLC | ATTN: DIANA SZOLGA | DIANAS@CERESBARGE.COM |
| CREATIVE LODGING SOLUTIONS LLC | ATTN: LINDSEY HERRINGTON | LINDSEY.HERRINGTON@YOURCLS.COM |
| CREATIVE LODGING SOLUTIONS LLC | | INFO@YOURCLS.COM |
| ENVIRONMENTAL PROTECTION AGENCY | REGION 9 OFFICE | R9.INFO@EPA.GOV |
| FAGIOLI INC | ATTN: FEDERICO DALLAGLIO | F.DALLAGLIO@FAGIOLI.COM |
| FLEET MANAGEMENT | ATTN: HEATHER DALE | HEATHER@FMSGL.COM |
| HEATH & LINEBACK ENGINEERS INC | | INFO@HEATH-LINEBACK.COM PZACHARY@HEATH-LINEBACK.COM |
| HOVAGO | ATTN: MARCEL RIEMSLAG | RIEMSLAG@HOVAGO.COM |
| KENCO BUCKET TRUCKS LLC | | KENCO@HIGHLOADS.COM |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | ATTN: JEFF LANDRY | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| LOWNDES COUNTY PROPERTY TAX ASSESSOR | | ASSESSORS@LOWNDESCOUNTY.COM |
| MAXIM CRANE WORKS | ATTN: KELLY SHELTON | KSHELTON@MAXIMCRANE.COM |
| MCDONOUGH MARINE SERVICE | ATTN: CHRISTINE WALE | CWALE@MCDONOUGHMARINE.COM |
| METROPOLITAN EQUITY PARTNERS ADMINISTRATION. LLC | C/O FOLEY HOAG LLP, ATTN: ANDREW SCHWARTZ | ASCHWARTZ@FOLEYHOAG.COM |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE HUNTER | QUESTIONS@OAG.OK.GOV |
| RISS CARGO MANAGEMENT | ATTN: CHRISTI SMITH | CSMITH@RISSCARGO.COM |
| RITTER FOREST PRODUCTS INC | SHARON HARTFORD | SHARON@RITTERLUMBER.NET |
| ROADRUNNER TRANSPORTATION | ATTN: MICHAEL WILT | MWILDT@ASCENTGL.COM |
| ROADRUNNER TRANSPORTATION | | JKENT@RRTS.COM |
| TORTORIGI HAULING INC | ATTN: JOESPH TORTORIGI | JOESPH@TORTORIGI.COM |
| TORTORIGI HAULING INC. | | QUOTES@TORTORIGI.COM |
| TRINITY LOGISTICS INC | ATTN: HANNAH ROGERS | HANNAH.ROGERS@TRINITYLOGISTICS.COM |
| U.S ATTORNEY'S OFFICE | SD OF TEXAS | USATXS.ATTY@USDOJ.GOV |

# **<u>Exhibit I</u>**



**Exhibit I**

Served Via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| 4 COUNTY ELECTRIC POWER ASSOCIATION | 5265 SOUTH FRONTAGE RD. | | COLUMBUS | MS | 39701 |
| AT&T | PO BOX 105262 | | ATLANTA | GA | 30348-5262 |
| COLUMBUS LIGHT AND WATER | 420 4TH AVENUE SOUTH | PO BOX 949 | COLUMBUS | MS | 39703-0949 |
| PRAIRIE LAND AND WATER | 150 ARTESIA ROAD | | COLUMBUS | MS | 39701 |
| VERIZON WIRELESS | ATTN: BANKRUPTCY DEPT. | 500 TECHNOLOGY DR., STE 550 | WELDON SPRINGS | MO | 63304 |