Burkhalter 13-week Borrowing Base
2/5/19

| | PROJECTED W/E 2/8/19 | PROJECTED W/E 2/15/19 | PROJECTED W/E 2/22/19 | PROJECTED W/E 3/1/19 | Total | Notes |
|---|---|---|---|---|---|---|
| AR Cash Receipts | 134,383 | 481,174 | 408,085 | 800,119 | 1,823,761 | |
| Sales of equipment | | | | | | |
| Other | | | | | | |
| **Total Expected Additions to Cash** | **134,383** | **481,174** | **408,085** | **800,119** | **1,823,761** | |
| | | | | | | |
| **Estimated Reductions in Cash** | | | | | | |
| Net Payroll | 68,000 | 130,000 | 66,000 | 130,000 | 394,000 | |
| 941 Payroll Taxes | 49,001 | 22,780 | 43,550 | 22,110 | 137,441 | |
| unpaid 941 Payroll Taxes | | | 147,996 | | 147,996 | |
| State/federal unemployment | 9,070 | | | | 9,070 | |
| 401k funding | 16,156 | 3,200 | 7,800 | 3,200 | 30,356 | |
| Union fringes | | 4,000 | | | 4,000 | |
| State withholding | | 22,841 | | | 22,841 | |
| **Total Payroll** | **142,227** | **182,821** | **265,346** | **155,310** | **745,704** | |
| | | | | | | |
| Job Cost weekly | 39,374 | 54,019 | 15,984 | 84,558 | 193,934 | |
| Rent monthly | 11,354 | | | 14,445 | 25,799 | |
| Utilities | 9,810 | 3,895 | 330 | | 14,035 | |
| Utility Deposits | 9,500 | | 9,500 | | 19,000 | |
| Travel weekly | | | 2,844 | 2,844 | 5,687 | |
| Insurance | | 147,683 | | 164,005 | 311,688 | |
| Office Expenses | 500 | 1,000 | 700 | | 2,200 | |
| Property & Janatorial & Safety | 1,333 | 685 | 729 | 681 | 3,428 | |
| Taxes | 31,000 | 250 | | | 31,250 | |
| Accounting | 910 | 910 | 910 | 910 | 3,639 | |
| Permits, Fees and Licenses | 29,641 | 3,000 | 2,777 | 2,777 | 38,195 | |
| Medical Cost | 1,000 | | | | 1,000 | |
| HR Screening | | | 1,652 | | 1,652 | |
| Union Expense | | | | 417 | 417 | |
| Expenses | 6,100 | | | | 6,100 | |
| Miscellaneous | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 | |
| **Other Operating Costs** | **143,022** | **213,942** | **37,924** | **273,137** | **668,024** | |
| **Total Operating Costs** | **285,249** | **396,763** | **303,270** | **428,447** | **1,413,728** | |
| | | | | | | |
| **Operating CF** | **(150,866)** | **84,411** | **104,815** | **371,672** | **410,033** | |

| Professional Fees | | | | | |
|---|---|---|---|---|---|
| Foley | | | | 200,000 | |
| NTA-Riverbend | | | | 16,000 | |
| Committee | | | | 38,400 | |
| DIP Lender Professionals | 220,000 | | | | |
| CRO | | | | 64,000 | |
| Trustee (Qtly distribution fees) | | | | | |
| **Subtotal Profnl Fees** | 220,000 | - | - | 318,400 | - |
| | | | | | |
| **Net Cash Flow** | (370,866) | 84,411 | 104,815 | 53,272 | 410,033 |
| | | | | | |
| **Beginning cash balance** | 27,162 | 6,296 | 90,708 | 45,523 | 27,162 |
| Cash Flow | (370,866) | 84,411 | 104,815 | 53,272 | 410,033 |
| DIP Funding | 350,000 | - | (150,000) | (50,000) | - |
| **Ending cash balance** | 6,296 | 90,708 | 45,523 | 48,795 | 48,795 |
| | | | | | |
| **DIP Balance** | 350,000 | 350,000 | 200,000 | 150,000 | 150,000 |