IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER 19-30495 |
| | § | |
| BURKHALTER RIGGING, INC. | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES, PLEADINGS AND ORDERS

PLEASE TAKE NOTICE that TRIPLE R BROTHERS, LTD., d/b/a RITTER FOREST PRODUCTS, of P.O. Box 1265, Nederland, TX 77627, hereby appears in the above-captioned case by its attorney, Bill Richey, of Griffin & Matthews, and requests that he be provided with notice of all hearings in this matter, and also with copies of all filings in this matter, pursuant to the United States Bankruptcy Code and Bankruptcy Rules 9010(b), 2002(a), (b) and (i) and 3017(a), and that they be served upon the undersigned at the address listed below.

DATED:   February 8, 2019

RESPECTFULLY SUBMITTED,

GRIFFIN & MATTHEWS

BY /S/ BILL RICHEY
BILL RICHEY
State Bar Card No. 16874950
400 Neches at Crockett
Beaumont, Texas  77701
(409) 832-6006 - Telephone
(409) 832-1000 - Facsimile
Email:  billrichey@griffinandmatthews.com
ATTORNEYS FOR CREDITOR,
TRIPLE R BROTHERS, LTD., d/b/a RITTER
FOREST PRODUCTS

CERTIFICATE OF SERVICE

  I hereby certify that on February 8, 2019, a true and correct copy of this document shall be served via electronic means, if available, otherwise by regular, first class mail, to the following parties of interest:

Burkhalter Rigging, Inc. - Debtor
16525 FM 521
Rosharon, TX 77583

Jack G. Haake - Attorney For Debtor
Foley & Lardner, LLP
3000 K St NW, Suite 600
Washington, DC 20007-5109

Marcus Alan Holt - Attorney for Debtor
Foley & Lardner, LLP
2021 McKinney Ave, Suite 1600
Dallas, TX 75201

Stephen Douglas Statham - Attorney for US Trustee
515 Rusk, Suite 3516
Houston, TX 77002

            BY /S/ BILL RICHEY
            BILL RICHEY