**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| BURKHALTER RIGGING, INC., *et.al.*[1] | § § § | Case No. 19-30495 (MI) |
| Debtors. | § § § § | (Jointly Administered) |

**NOTICE OF FINAL HEARING**

**PLEASE TAKE NOTICE** that on February 6, 2019, the Court entered an *Emergency Cash Collateral Order* [Dkt. No. 54] in the above-styled chapter 11 cases on the Debtors' oral motion at the hearing on that same date.

**PLEASE TAKE FURTHER NOTICE** that a **FINAL** hearing on the Debtors' request for use of cash collateral has been set for hearing on **February 28, 2019 at 2:00 p.m. prevailing Central Time**, before the Honorable Marvin Isgur, Courtroom 404, 4th Floor, 515 Rusk Street, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that the *Emergency Cash Collateral Order* and other filings in the above-styled chapter 11 cases can be accessed, free of charge, at http://cms-cr.cases-cr.stretto.com/burkhalterrigging/docket.

[*remainder of page intentionally blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Burkhalter Rigging, Inc. (8314); Burkhalter Specialized Transport, LLC (1511); Burkhalter Transport, Inc. (2096). The address for all of the Debtors is 16525 FM 521 Rosharon, TX 77583.

4820-9362-4967.2

Dated: February 8, 2019

Respectfully Submitted,

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
**FOLEY GARDERE**
Foley Lardner LLP
1000 Louisiana St., Suite 2000
Houston, Texas 77002
Telephone: (214) 999-4526
Facsimile: (214) 999-3526
Email: mhelt@foley.com

-and-

Jack G. Haake (*Pro Hac Vice*)
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 295-4085
Facsimile: (202) 672-5399
Email: jhaake@foley.com

***Proposed Counsel for the Debtors and Debtors in Possession***

## **CERTIFICATE OF SERVICE**

I do hereby certify that on February 8, 2019 a true and correct copy of the foregoing document was served via CM/ECF to all parties authorized to receive electronic notice in this case.

>  */s/ Marcus A. Helt*
>  Marcus A. Helt