| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Burkhalter Rigging, Inc., et al. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known): | 19-30495 |

☑ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TORTORIGI HAULING INC<br>PO BOX 13<br>Trussville, AL 35173 | Joseph Tortorigi<br><br>Joseph@Tortorigi.com<br>205-655-8785 | Trade Debt | Unliquidated | | | $548,751.00 |
| MCDONOUGH MARINE SERVICE<br>3500 N CAUSEWAY BLVD<br>SUITE 900<br>Manvel, TX 77578 | Christine Wale<br><br>Cwale@mcdonoughmarine.com<br>504-780-8100 | Trade Debt | Unliquidated | | | $533,361.95 |
| FAGIOLI INC<br>21310 HWY 6<br>Manvel, TX 77578 | Federico Dallaglio<br><br>f.dallaglio@fagioli.com<br>281-997-3434 | Trade Debt | Unliquidated | | | $401,688.00 |
| BUCKNER HEAVYLIFT CRANES LLC<br>4732 NC 54 E<br>Graham, NC 27253 | Michael Holt<br><br>michaelh@bucknercompanies.com<br>336-376-8888 | Trade Debt | Contingent<br>Disputed | | | $389,138.37 |
| MAXIM CRANE WORKS<br>LOCKBOX 774389<br>4389 SOLUTIONS CENTER<br>Chicago, IL 60677 | Kelly Shelton<br><br>kshelton@maximcrane.com<br>979-233-6361 | Trade Debt | Unliquidated | | | $359,237.65 |
| HOVAGO<br>GALVANISTRAAT 35<br>3316 GH<br>DORDRECHT<br>THE NETHERLANDS | Marcel Riemslag<br><br>Riemslag@hovago.com<br>31-10-892-0475 | Trade Debt | Unliquidated | | | $357,000.00 |
| TRINITY LOGISTICS INC<br>PO BOX 62702<br>Baltimore, MD 21264-2702 | Hannah Rogers<br><br>hannah.rogers@trinitylogistics.com<br>302-536-2466 | Trade Debt | Unliquidated | | | $348,530.74 |

Debtor    **Burkhalter Rigging, Inc., et al.**               Case number *(if known)*    **19-30495**
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TRUSTMARK CREDIT CARD CENTER**<br>PO BOX 143<br>Jackson, MS 39205 | Heather Clark<br>HEATHER_CLARK@TRUSTMARK.COM<br>1-800-243-2524 | Trade debt | Unliquidated | | | $315,486.86 |
| **CREATIVE LODGING SOLUTIONS LLC**<br>PO BOX 896065<br>Charlotte, NC 28289 | Lindsey Herrington<br>lindsey.herrington@yourcls.com<br>859-381-1825 | Trade Debt | Unliquidated | | | $294,930.78 |
| **CAPITAL CITY GROUP, INC.**<br>2299 Performance Way<br>Columbus, OH 43209 | Nick Salvatore<br>nsalvatore@ccgroup-inc.com<br>614-278-2120 | Trade Debt | Disputed | | | $272,418.75 |
| **RITTER FOREST PRODUCTS INC**<br>PO BOX 1265<br>Nederland, TX 77627 | Sharon Hartford<br>sharon@ritterlumber.net<br>713-673-4800 | Trade Debt | Unliquidated | | | $223,517.15 |
| **RISS CARGO MANAGEMENT**<br>ONE ST LOUIS CENTRE<br>SUITE 5000<br>Mobile, AL 36602 | Christi Smith<br>csmith@risscargo.com<br>251-219-3348 | Trade Debt | Unliquidated | | | $164,225.75 |
| **DUTCH OIL CO., INC.**<br>PO BOX 2323<br>Columbus, MS 39704-2323 | | Trade debt | Disputed | | | $162,156.17 |
| **ROADRUNNER TRANSPORTATION**<br>PO BOX 95000<br>Chicago, IL 60694-5000 | Michael Wildt<br>mwildt@ascentgl.com<br>888-656-8848 | Trade Debt | Unliquidated | | | $144,368.75 |
| **HEATH & LINEBACK ENGINEERS INC**<br>2390 CANTON RD BUILDING 200<br>Marietta, GA 30066 | PZACHARY@HEATH-LINEBACK.COM<br>770-424-1668 | Professional Services | Unliquidated | | | $143,868.38 |
| **FLEET MANAGEMENT**<br>221 N HOGAN ST SUITE 367<br>Jacksonville, FL 32202 | Heather Dale<br>heather@fmsgl.com<br>904-516-9940 | Trade Debt | Unliquidated | | | $140,595.00 |

Debtor   **Burkhalter Rigging, Inc., et al.**
Name

Case number *(if known)*   **19-30495**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **BURKHALTER PROPERTIES**<br>PO BOX 9360<br>Columbus, MS 39705 | INFO@BURKHALTER.NET | **Tractor Rent** | **Unliquidated** | | | $138,900.00 |
| **CERES CONSULTING LLC**<br>3808 COOKSON ROAD<br>East Saint Louis, IL 62201 | Diana Szolga<br>dianas@ceresbarge.com<br>618-271-7903 | **Trade Debt** | | | | $126,800.93 |
| **AMERICAN MAT & TIMBER CO**<br>PO BOX 262448<br>Houston, TX 77207 | Cindy Andrews<br>candrews@americanmatandtimber.com<br>713-645-0694 | **Trade Debt** | **Unliquidated** | | | $104,257.34 |
| **KENCO BUCKET TRUCKS LLC**<br>PO BOX 3140 DEPT 450<br>Houston, TX 77253 | Randy Starnes<br>randy@highloads.com<br>281-459-3100 | **Trade debt** | | | | $83,736.24 |