IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| BURKHALTER RIGGING, INC., et al[1] | § | Case No. 19-30495 (MI) |
| | § | |
| DEBTOR(S) | § | (Jointly Administered) |

NOTICE OF APPOINTMENT OF OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS</u>

TO THE HONORABLE MARVIN ISGUR
CHIEF UNITED STATES BANKRUPTCY JUDGE:

   COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | |
|---|---|
| Tortorigi Transport, LLC<br>P.O. box 96<br>Trussville, AL 35176 | Joseph Tortorigi<br>(205) 438 -7300 |
| | |
| Marmac, LLC d/b/a McDonough Marine Services<br>3500 N. Causeway, Suite 900<br>Metairie, LA 70002 | Rebecca Cooper<br>(504) 780-8100 |
| | |
| Fagioli, Inc.<br>21310 Highway 6<br>Manvel, TX 77578 | Edoardo Ascione<br>(281) 997-3434 |
| | |
| Trinity Logistics, Inc.<br>50 Fallon Ave.<br>Seaford, DE 19973 | Doug Potvin<br>(302) 253-3939 |
| | |
| Capital City Group<br>2299 Performance Way<br>Columbus, OH 43207 | Brian Gibson<br>(614) 545-9930 |
| | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Burkhalter Rigging, Inc. (8314); Burkhalter Specialized Transport, LLC (1511); Burkhalter Transport, Inc. (2096). The address for all of the Debtors is 2193 Highway 45 South, Columbus, MS 39701.

Dated: February 19, 2019     HENRY G. HOBBS, JR.
                             ACTING UNITED STATES TRUSTEE


                             By: /s/ *Stephen D. Statham*
                             Stephen D. Statham
                             Trial Attorney
                             Texas Bar No.19082500
                             Office of the United States Trustee
                             515 Rusk Avenue, Suite 3516
                             Houston, TX 77002
                             (713) 718-4650 Ext 252
                             (713) 718-4670 Fax


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on this 19th day of February, 2019.

                             */s/ Stephen D. Statham*
                             Stephen D. Statham
                             Trial Attorney