IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| BURKHALTER RIGGING, INC., et al[1] | § | Case No. 19-30495 (MI) |
| | § | |
| DEBTOR(S) | § | (Jointly Administered) |

### NOTICE OF ORGANIZATIONAL MEETING
### FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The organizational meeting for the Official Committee of Unsecured Creditors in the captioned case will be convened by telephone conference on February 19, 2019 at 11:00 a.m., CST. Members of the committee have been provided call-in instructions. Members may also appear in person at the Office of the United States Trustee, United States Courthouse, 515 Rusk, Third Floor, Suite 3401, Houston, Texas 77002.

Dated: February 19, 2019

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE

By: /s/ *Stephen D. Statham*
Stephen D. Statham
Trial Attorney
Texas Bar No.19082500
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 252
(713) 718-4670 Fax

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Organizational Meeting for the Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on this 19th day of February, 2019.

/s/ *Stephen D. Statham*
Stephen D. Statham
Trial Attorney

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Burkhalter Rigging, Inc. (8314); Burkhalter Specialized Transport, LLC (1511); Burkhalter Transport, Inc. (2096). The address for all of the Debtors is 2193 Highway 45 South, Columbus, MS 39701.