UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 19-30495 (MI) |
| BURKHALTER RIGGING, INC., et al.,[1] § | |
| § | CHAPTER 11 |
| DEBTORS. § | |
| § | JOINTLY ADMINISTERED |
| § | |

*****************************************************************************

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors for Burkhalter Rigging, Inc., et al. (the "Committee") hereby appears through its counsel, Benjamin W. Kadden and the law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard ("Proposed Committee Counsel"). Proposed Committee Counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that each of the undersigned be added to the official mailing matrix and service lists in the above-captioned chapter 11 case.

Proposed Committee Counsel also requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Burkhalter Rigging, Inc. (8314); Burkhalter Specialized Transport, LLC (1151); and Burkhalter Transport, Inc. (2096). The address for all of the Debtors is 2193 Highway 45 South, Columbus MS 30701.

statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, at the addresses, telephone, and e-mail address set forth below:

Official Committee of Unsecured Creditors for Burkhalter Rigging, Inc., et al.
Attn:  Benjamin W. Kadden
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St.
Suite 2775
New Orleans, LA  70130
Telephone:  504.568.1990
Facsimile:  504.310.9195
E-mail:  bkadden@lawla.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, e-mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned chapter 11 cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of papers shall not be deemed or construed to be a waiver of any of the rights of the Committee, including, without limitation, to (i) request that final orders in non-core proceedings be entered only after de novo review by a higher court; (ii) demand trial by jury in any proceeding in this case, or any case, controversy, or adversary proceeding related to this case; or (iii) request withdrawal of the reference in any matter subject to mandatory or discretionary withdrawal, all of which rights are expressly reserved and not waived.

Dated:  February 21, 2019.

Respectfully submitted,

*/s/ Benjamin W. Kadden*
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
BENJAMIN W. KADDEN (TX #24077542)
STEWART F. PECK (La. 10403), *Pro Hac Vice* Motion Pending
MEREDITH S. GRABILL (La. #35484), *Pro Hac Vice* Motion Pending
JOSEPH P. BRIGGETT (La. #33029), *Pro Hac Vice* Motion Pending
JAMES W. THURMAN (La. #38494), *Pro Hac Vice* Motion Pending
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
E-mail:speck@lawla.com;bkadden@lawla.com; mgrabill@lawla.com; jbriggett@lawla.com; jthurman@lawla.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2019, a true and correct copy of the foregoing Notice was served on all parties registered to receive notice via this Court's CM/ECF notice as well as on the parties listed below via U.S. Mail and the Court's CM/ECF system.

| | |
|---|---|
| Burkhalter Rigging, Inc.<br>16525 FM 521<br>Rosharon, TX  77583 | Stephen Douglas Statham<br>Office of the United States Trustee<br>515 Rusk St., Suite 3516<br>Houston, Texas  77002 |
| Counsel for Debtor:<br>Jack G. Haake<br>Foley & Lardner LLP<br>3000 K Street NW<br>Suite 600<br>Washington, D.C.  20007-5109 | Counsel for Debtor:<br>Marcus A. Helt<br>Foley & Lardner LLP<br>2021 McKinney Avenue<br>Suite 1600<br>Dallas, TX  75201 |

    */s/ Benjamin W. Kadden*

3