IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-30495-H1-11 |
| | § | |
| BURKHALTER RIGGING, INC. | § | CHAPTER 11 |
|    Debtor | § | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

    Pursuant to Fed. R. Bankr. P. 9010(b), please take notice that the undersigned firm of attorneys is appearing for the following party in the above Bankruptcy proceeding:

FORD MOTOR CREDIT COMPANY LLC

This party is a creditor of the Debtor, BURKHALTER RIGGING, INC., and is a party-in-interest in this case. The undersigned on behalf of FORD MOTOR CREDIT COMPANY LLC, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

                                  Respectfully submitted,

                                  /S/R. CHRISTOPHER NAYLOR
                                  R. CHRISTOPHER NAYLOR
                                  State Bar No. 14829900
                                  DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
                                  5120 WOODWAY, STE. 9000
                                  Houston, Texas 77056-1725
                                  713/622-8338 (Phone)
                                  713/622-4586 (Fax)

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that true and correct copies of the above and foregoing Notice Of Appearance And Request For Service were forwarded to the Debtor's attorney of record, JACK G. HAAKE, at 3000 K ST. N.W., STE. 600, WASHINGTON, DC 20007; MARCUS A. HELT, 2021 MCKINNEY AVE., STE. 1600, DALLAS, TEXAS 75201 and to the STEPHEN D. STATHAM, Office of US Trustee, at 515 RUSK, STE. 3516, HOUSTON, TEXAS 77002, by First Class U. S. Mail, Postage Prepaid, on the  26th  day of FEBRUARY, 2019.

                                  /S/R. CHRISTOPHER NAYLOR
                                  R. CHRISTOPHER NAYLOR