

# Master Service List
3/1/2019

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY | EMAIL | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| ALABAMA DEPT. OF REVENUE | INDIVIDUAL AND CORPORATE TAX DIV. | PO BOX 327483 | | | MONTGOMERY | AL | 36132-7483 | | | |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | ATTN: STEVE MARSHALL | 501 WASHINGTON AVE. | | | MONTGOMERY | AL | 36104 | | | |
| AMERICAN MAT & TIMBER CO | ATTN: FRED RODEE | PO BOX 262448 | | | HOUSTON | TX | 77207 | | FRODEE@ADOBEEQUITY.COM | 713-645-0437; 713-645-0694 |
| AMERICAN MAT & TIMBER CO | ATTN: MIKE ROBBINS | 6422 MCCGREW | | | HOUSTON | TX | 77087 | | INFO@AMERICANMATANDTIMBER.COM MROBBINS@AMERICANMATANDTIMBER.COM | 713-645-0437 |
| ANVIL ATTACHEMETS, LLC | C/O KANTROW, SPAHT, WEAVER & BLITZER | ATTN: JOSHUA MCDIARMID | 445 N. BLVD. , SUITE 300 | PO BOX 2997 | BATON ROUGE | LA | 70821-2997 | | | 225-343-0630 |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN:LESLIE RUTLEDGE | 323 CENTER STREET | SUITE 200 | | LITTLE ROCK | AR | 72201 | | OAG@ARKANSASAG.GOV | |
| BUCHANAN HAULING & RIGGING, INC. | C/O SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY. P.C. | ATTN: RENEA E. HOOPER | 10 WEST MARKET STREET, STE. 1400 | | INDIANAPOLIS | IN | 46204-2968 | | RHOOPER@SCOPELITIS.COM PROOT@SCOPELITIS.COM | 317-687-2414 |
| BUCKNER HEAVYLIFT CRANES LLC | ATTN: MICHAEL HOLT | 4732 NC 54 E | | | GRAHAM | NC | 27253 | | MICHAELH@BUCKNERCOMPANIES.COM | |
| BURKHALTER PROPERTIES | 2193 HIGHWAY 45 SOUTH | | | | COLUMBUS | MS | 39701 | | INFO@BURKHALTER.NET | |
| BURKHALTER PROPERTIES | PO BOX 9360 | | | | COLUMBUS | MS | 39705 | | INFO@BURKHALTER.NET | |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | ATTN: XAVIER BECERRA | 455 GOLDEN GATE | SUITE 11000 | | SAN FRANCISCO | CA | 94102-7004 | | | |
| CAPITAL CITY GROUP INC | TIMOTHY A KELLEY | 65 EAST STATE STREET, STE 1800 | | | COLUMBUS | OH | 43215 | | | |
| CAPITAL CITY GROUP INC. | C/O KEGLER BROWN HILL AND RITTER | ATTN: MICHAEL J. MADIGAN | 65 EAST STATE STREET, STE 2250 | | COLUMBUS | OH | 43215 | | | |
| CAPITAL CITY GROUP, INC. | ATTN: NICK SALVATORE AND BRIAN GIBSON | 2299 PERFORMANCE WAY | | | COLUMBUS | OH | 43207 | | NSALVATORE@CC.GROUP-INC.COM | 614-278-2184 |
| CENTRAL BOAT RENTALS INC | 1640 RIVER ROAD | | | | BERWICK | LA | 70381 | | | |
| CENTRAL BOAT RENTALS INC | ATTN: DON ORLANDO | PO BOX 2545 | | | MORGAN CITY | LA | 70381 | | DON@CENTRALBOAT.COM | |
| CERES CONSULTING LLC | ATTN: DIANA SZOLGA | 3808 COOKSON ROAD | | | EAST ST. LOUIS | IL | 62201 | | DIANAS@CERESBARGE.COM | 618-271-7927 |
| COLE'S TRANSPORT LLC | C/O SIMS & SIMS ATTYS AT LAW, LLC | ATTN: JEFFERY C. SMITH, TIMOTHY C. HUDSON, COLLEN L. HUDSON | PO BX 648 | 809 3RD AVE. N. | COLUMBUS | MS | 39703 | | SIMSANDSIMS@YAHOO.COM THUDSON.SIMSANDSIMS@YAHOO.COM CHUDSON.SIMSANDSIMS@YAHOO.COM | 662-328-0745 |
| CREATIVE LODGING SOLUTIONS LLC | 3199 BEAUMONT CENTRE CIR. | | | | LEXINGTON | KY | 40513 | | INFO@YOURCLS.COM | |
| CREATIVE LODGING SOLUTIONS LLC | ATTN: LINDSEY HERRINGTON | PO BOX 896065 | | | CHARLOTTE | NC | 28289 | | LINDSEY@HERRINGTON@YOURCLS.COM | |
| DOZIER CRANE INC | 156 PINE BARREN RD | | | | POOLER | GA | 31322-1137 | | | |
| DUTCH OIL CO., INC. | PO BOX 2323 | | | | COLUMBUS | MS | 39704-2323 | | | |
| FAGIOLI INC | ATTN: FEDERICO DALLAGLIO | 21310 HWY 6 | | | MANVEL | TX | 77578 | | F.DALLAGLIO@FAGIOLI.COM | 281-489-2500; 281997-3434 |
| FAGIOLI INC. | ATTN: EDOARDO ASCIONE | 21310 HIGHWAY 6 | | | MANVEL | TX | 77578 | | | |
| FAGIOLI INC. | C/O LEWIS BRISBOIS BISGAARD & SMITH, LLP | ATTN: EMILY S. CHOU | 2100 ROSS AVE., SUITE 2000 | | DALLAS | TX | 75201 | | EMILY.CHOU@LEWISBRISBOIS.COM | 214-722-7111 |
| FLEET MANAGEMENT | ATTN: HEATHER DALE | 221 N HOGAN ST | SUITE 367 | | JACKSONVILLE | FL | 32202 | | HEATHER@FMSGL.COM | |
| FLEET MANAGEMENT SERVICES, LLC | C/O GREENFIELD LAW GROUP, P.A. | ATTN: AVRI BEN-HAMO | 6111 BROKEN SOUND PKWY, NW | SUITE 350 | BOCA RATON | FL | 33487 | | ABEN-HAMO@FLORIDA-LEGAL.NET ESTOP.LIT@FLORIDA-LEGAL.NET | |
| FORD MOTOR CREDIT COMPANY, LLC | C/O DEVLIN, NAYLOR & TURBYFILL, P.L.L.C. | ATTN: CHRISTOPHER NAYLOR | 5120 WOODWAY, STE. 9000 | | HOUSTON | TX | 77056-1725 | | | 713-622-4586 |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | ATTN: CHRIS CARR | 40 CAPITAL SQ SW | | | ATLANTA | GA | 30334 | | | 404-657-8733 |
| GRAHAMS PILOT CAR INC | ATTN: MIKE GRAHAM | 9455 HUNTERS WAY DR | | | SEMMES | AL | 36575-8879 | | GRAHAMSPCS@GMAIL.COM | |
| HARRIS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | | HOUSTON_BANKRUPTCY@PUBLICANS.COM | 713-844-3503 |
| HEATH & LINEBACK ENGINEERS INC | 2390 CANTON RD | BUILDING 200 | | | MARIETTA | GA | 30066 | | INFO@HEATH-LINEBACK.COM PZACHARY@HEATH-LINEBACK.COM | 770-424-2907 |
| HOVAGO | ATTN: MARCEL RIEMSLAG | GALVANISTRAAT 35 | | | 3316 GH DORDRECHT | | | THE NETHERLANDS | RIEMSLAG@HOVAGO.COM | |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | ATTN: LISA M. MADIGAN | SPRINGFIELD MAIN OFFICE | 500 S 2ND STREET | | SPRINGFIELD | IL | 62701 | | | |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | ATTN: LISA M. MADIGAN | CHICAGO MAIN OFFICE | 100 WEST RANDOLPH STREET | | CHICAGO | IL | 60601 | | | |
| INTERNAL REVENUE SERVICE | HOUSTON DIVISION | 1919 SMITH STREET | | | HOUSTON | TX | 77002 | | | |
| INTERNAL REVENUE SERVICE | PO BOX 932000 | | | | LOUISVILLE | KY | 40293-2000 | | | |
| INTERNAL REVENUE SERVICE | PO BOX 932100 | | | | LOUISVILLE | KY | 40293-2100 | | | |
| KENCO BUCKET TRUCKS LLC | PO BOX 3140 | DEPT 450 | | | HOUSTON | TX | 77253 | | KENCO@HIGHLOADS.COM | 832-695-3140 |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | ATTN: JEFF LANDRY | 1885 N. THIRD STREET | | | BATON ROUGE | LA | 70802 | | CONSTITUENTSERVICES@AG.LOUISIANA.GOV | |
| LOWNDES COUNTY PROPERTY TAX ASSESSOR | PO BOX 1077 | | | | COLUMBUS | MS | 39704 | | ASSESSORS@LOWNDESCOUNTY.COM | |
| MARMAC, LLC | D/B/A MCDONOUGH MARINE SERVICE | ATTN: REBECCA COOPER | 3500 N. CAUSEWAY, SUITE 900 | | METAIRIE | LA | 70002 | | | |
| MAXIM CRANE WORKS | ATTN: KELLY SHELTON | LOCKBOX 774389 | 4389 SOLUTIONS CENTER | | CHICAGO | IL | 60677-4003 | | KSHELTON@MAXIMCRANE.COM | |
| MCDONOUGH MARINE SERVICE | ATTN: CHRISTINE WALE | 3500 N CAUSEWAY BLVD | SUITE 900 | | METAIRIE | LA | 70002 | | CWALE@MCDONOUGHMARINE.COM | 504-780-8200 |
| METROPOLITAN EQUITY PARTNERS ADM. LLC | 70 EAST 55TH STREET | | | | NEW YORK | NY | 10022 | | | |
| METROPOLITAN EQUITY PARTNERS ADM. LLC | C/O FOLEY HOAG LLP | ATTN: ANDREW SCHWARTZ | 155 SEAPORT BOULEVARD | | BOSTON | MA | 02210-2600 | | ASCHWARTZ@FOLEYHOAG.COM | 617-832-7000 |
| METROPOLITAN PARTNERS GROUP MANAGEMENT, LLC | C/O HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., KELLI S. NORFLEET AND MARTHA WYRICK | 1221 MCKINNEY ST., STE. 2100 | | HOUSTON | TX | 77010 | | CHARLES.BECKHAM@HAYNESBOONE.COM KELLI.NORFLEET@HAYNESBOONE.COM MARTHA.WYRICK@HAYNESBOONE.COM | 713-547-2600 |
| MID-GEORGIA ELECTRICAL SERVICES, INC. | C/O SHARP & WISE PPLC | ATTN: ROB P. WISE | 120 N. CONGRESS, SUITE 902 | | JACKSON | MS | 39201 | | RWISE@SHARPWISE.COM | 601-968-5593 |
| MISSISSIPPI DEPARTMENT OF REVENUE | PO BOX 23191 | | | | JACKSON | MS | 39225-3191 | | | |
| MISSISSIPPI DEPT. OF UNEMPLOYMENT SECURITY | PO BOX 22781 | | | | JACKSON | MS | 39225-2781 | | | |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | ATTN: JIM HOOD | WALTER SILLERS BUILDING | 550 HIGH STREET, STE 1200 | | JACKSON | MS | 39201 | | | |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK STREET | SUITE 3516 | | | HOUSTON | TX | 77002 | | | 713-718-4670 |



**Master Service List**
3/1/2019

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY | EMAIL | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| OHIO OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE DEWINE | 30 E BROAD ST. 14TH FLOOR | | | COLUMBUS | OH | 43215 | | | |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE HUNTER | 313 NE 21ST STREET | | | OKLAHOMA CITY | OK | 73105 | | QUESTIONS@OAG.OK.GOV | 405-521-6246 |
| RISS CARGO MANAGEMENT | ATTN: SUMNER ADAMS | ONE ST LOUIS CENTRE | SUITE 5000 | | MOBILE | AL | 36602 | | SADAMS@NORTONLILLY.COM | |
| RITTER FOREST PRODUCTS INC | 3386 KNAUTH ROAD | | | | BEAUMONT | TX | 77705 | | | |
| RITTER FOREST PRODUCTS INC | SHARON HARTFORD | PO BOX 1265 | | | NEDERLAND | TX | 77627 | | SHARON@RITTERLUMBER.NET | |
| ROADRUNNER TRANSPORTATION | 1007 INDUSTRIAL DRIVE | | | | SAUK RAPIDS | MN | 56379 | | JKENT@RRTS.COM | |
| ROADRUNNER TRANSPORTATION | ATTN: MICHAEL WILT | PO BOX 95000 | | | CHICAGO | IL | 60694-5000 | | MWILDT@ASCENTGL.COM | |
| STATE OF CALIFORNIA EMPLOYMENT | DEVELOPMENT DEPARTMENT | PO BOX 989061 | | | WEST SACRAMENTO | CA | 95798-9061 | | | |
| STATE OF MISSISSIPPI DEPARTMENT OF REVENUE | PO BOX 960 | | | | JACKSON | MS | 39205 | | | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | ATTN: KEN PAXTON | 300 W. 15TH STREET | | | AUSTIN | TX | 78701 | | | 512-475-2994 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | ATTN: BENJAMIN W. KADDEN, STEWART F. PECK, MEREDITH S. GRABILL, JOESPH P. BRIGGETT AND JAMES W. THURMAN | 601 POYDRAS ST. | SUITE 2775 | NEW ORLEANS | LA | 70130 | | SPECK@LAWLA.COM BKADDEN@LAWLA.COM MGRABILL@LAWLA.COM JBRIGGETT@LAWLA.COM JTHURMAN@LAWLA.COM | 504-310-9195 |
| THOMA ENGINEERING LLC | 8784 S. COUNTY RD. 33 | | | | DOTHAN | AL | 36301 | | | |
| TORTORIGI HAULING INC | ATTN: JOESPH TORTORIGI | PO BOX 13 | | | TRUSSVILLE | AL | 35173 | | JOESPH@TORTORIGI.COM | |
| TORTORIGI HAULING INC. | 3801 MARY TAYLOR RD. | | | | BIRMINGHAM | AL | 35235 | | QUOTES@TORTORIGI.COM | 800-307-7247 |
| TORTORIGI HAULING INC. | C/O BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: RICHARD H. MONK III | ONE FEDERAL PLACE | 1819 5TH AVE. N. | BIRMINGHAM | AL | 35203 | | RMONK@BRADLEY.COM | 205-488-6516 |
| TORTORIGI TRANSPORT, LLC | ATTN: JOSEPH TORTORIGI | PO BOX 96 | | | TRUSSVILLE | AL | 35176 | | | |
| TORTORIGI TRANSPORT, LLC | C/O BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: NATHAN V. GRAHAM | JP MORGAN CHASE TOWER | 600 TRAVIS STREET, STE 4800 | HOUSTON | TX | 77002 | | NGRAHAM@BRADLEY.COM | 713-576-0301 |
| TRINITY LOGISTICS INC | ATTN: HANNAH ROGERS | PO BOX 62702 | | | BALTIMORE | MD | 21264-2702 | | HANNAH.ROGERS@TRINITYLOGISTICS.COM | |
| TRINITY LOGISTICS INC. | 1441-B AIRPORT FREEWAY | SUITE 250 | | | EULESS | TX | 76040 | | | |
| TRINITY LOGISTICS INC. | ATTN: DOUG POTVIN | 50 FALLON AVE. | | | SEAFORD | DE | 19973 | | | |
| TRIPLE R BROTHERS, LTD. | D/B/A RITTER FOREST PRODUCTS | C/O GRIFFIN & MATTHEWS | ATTN: BILL RICHEY | 400 NECHES AT CROCKETT | BEAUMONT | TX | 77701 | | BILLRICHEY@GRIFFINANDMATTHEWS.COM | 409-832-1000 |
| TRUSTMARK CREDIT CARD CENTER | PO BOX 143 | | | | JACKSON | MS | 39205-0143 | | | |
| TRUSTMARK NATIONAL BANK | C/O DEVLIN, NAYLOR & TURBYFILL, P.L.L.C. | ATTN: DONALD L. TURBYFILL | 5120 WOODWAY, SUITE 9000 | | HOUSTON | TX | 77056-1725 | | DTURBYFILL@DNTLAW.COM | 713-586-7053 |
| U.S ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS | 1000 LOUISIANA, STE. 2300 | | | HOUSTON | TX | 77002 | | USATXS.ATTY@USDOJ.GOV | 713-718-3300 |
| WESTCHESTER FIRE INSURANCE COMPANY | C/O WEINSTEIN RADCLIFF PIPKIN LLP | ATTN: GREGORY M. WEINSTEIN AND DOUGLAS SCOTT MCFADIN | 8350 N. CENTRAL EXPRESSWAY | SUITE 1550 | DALLAS | TX | 75206 | | GWEINSTEIN@WEINRAD.COM SMCFADIN@WEINRAD.COM | 214-865-6140 |