IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | § Chapter 11 § |
| BURKHALTER RIGGING, INC., *et al.*,[1] | § Case No. 19-30495 (MI) § |
| Debtors. | § (Joint Administration Requested) § **Re: Docket Nos. 9 and 53** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on February 2, 2019, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed *Debtors' Emergency Motion For Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Services, And (III) Approving The Debtors' Proposed Procedures For Resolving Additional Assurance Requests* [Docket No. 9] (the "Utility Motion"), which included a proposed final order annexed thereto (the "Final Order").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court for the Southern District of Texas entered an interim order on the Utility Motion on February 6, 2019.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have received comments on the Final Order from the United States Trustee (the "UST") for the Southern District of Texas and the Official Unsecured Creditors Committee (the "Committee").

**PLEASE TAKE FURTHER NOTICE** that annexed hereto as **Exhibit A** is the amended Final Order to the Utility Motion that the Debtors propose incorporating accepted comments from the UST and the Committee. Attached as **Exhibit B** is a blackline of the revisions to the Final Order.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Final Order, as well as copies of all documents filed in these chapter 11 cases are available free of charge by visiting http://cms-cr.cases-cr.stretto.com/burkhalterrigging/docket. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Burkhalter Rigging, Inc. (8314); Burkhalter Specialized Transport, LLC (1511); Burkhalter Transport, Inc. (2096). The address for all of the Debtors is 2193 Highway 45 South, Columbus, MS 39701.

4814-7867-9689.1

Dated: March 4, 2019

Respectfully Submitted,

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
**FOLEY GARDERE**
Foley Lardner LLP
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
Email: mhelt@foley.com

-and-

Jack G. Haake (*pro hac vice*)
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C.  20007-5109
Telephone: (202) 295-4085
Facsimile: (202) 672-5399
Email: jhaake@foley.com

*Proposed Counsel for the Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

      I certify that on March 4, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Marcus A. Helt*
                                                   Marcus A. Helt