**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § § | Chapter 11 |
| BURKHALTER RIGGING, INC., *et al.*,[1] | § § | Case No. 19-30495 (MI) |
| Debtors. | § § § | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Madison C. Sandmeyer, depose and say that I am employed by Stretto, the claims, noticing & solicitation agent for the Debtors in the above-captioned cases.

On March 1, 2019, the Bankruptcy Noticing Center caused the following document to be served via the Court's CM/ECF electronic mail on the service list attached hereto as **Exhibit A**:

- **Motion of Debtors for Orders (I) Approving Bidding Procedures; (II) The Form of Asset Purchase Agreement; (III) Payment of the Break-Up Fee to the Stalking Horse Bidder; (IV) Scheduling an Auction and Sale Hearing; (V) Approving the Sale of Substantially All the Assets of the Debtors Free and Clear of All Leins, Claims Encumbrances, and Interests; (VI) Procedures Relating to the Assumptions and Assignment of Executory Contracts and Unexpired Leases (VII) Related Relief** (Docket No. 115)

On March 15, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit B**, via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**, and on thirty-three confidential parties not included herein:

- **Motion of Debtors for Orders (I) Approving Bidding Procedures; (II) The Form of Asset Purchase Agreement; (III) Payment of the Break-Up Fee to the Stalking Horse Bidder; (IV) Scheduling an Auction and Sale Hearing; (V) Approving the Sale of Substantially All the Assets of the Debtors Free and Clear of All Leins, Claims Encumbrances, and Interests; (VI) Procedures Relating to the Assumptions and Assignment of Executory Contracts and Unexpired Leases (VII) Related Relief** (Docket No. 115)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Burhalter Rigging Inc. (8314); Burkhalter Specialized Transport, LLC (1511); Burkhalter Transport, Inc. (2096). The address for all of the Debtors is 16525 FM 521 Rosharon, TX 77583.

Furthermore, on March 15, 2019, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **Notice of Agenda of Matters Set for Hearing on March 18, 2019 at 1:30 P.M. (Central Time** (Docket No. 156)

Dated: March 15, 2019

_____
Madison C. Sandmeyer

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 15th day of March 2019 by Madison C. Sandmeyer.

_____
(Notary's official signature)

JAMILLA DENNIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174035342
MY COMMISSION EXPIRES AUGUST 23, 2021

# **Exhibit A**

**STRETTO**

**Exhibit A**
Served Via CM/ECF Electronic Mail

| NAME | ADDRESS 1 | ADDRESS 2 | EMAIL |
|---|---|---|---|
| CAPITAL CITY GROUP, INC | C/O JOSEPH E. BAIN | ATTN: JOSEPH E. BAIN | JBAIN@JONESWALKER.COM<br>KVRANA@JONESWALKER.COM |
| CAPITAL CITY GROUP, INC. | C/O JONES WALKER LLP | ATTN: JOSEPH E. BAIN | JBAIN@JONESWALKER.COM<br>SGILLIAM@JONESWALKER.COM |
| FAGIOLI INC. | C/O LEWIS BRISBOIS BISGAARD & SMITH, LLP | ATTN: EMILY S. CHOU | EMILY.CHOU@LEWISBRISBOIS.COM |
| FAGIOLI INC. | ATTN: EMILY S. CHOU | | EMILY.CHOU@LEWISBRISBOIS.COM<br>WILLIAM.MEDFORD@LEWISBRISBOIS.COM<br>SANDRA.MEINERS@LEWISBRISBOIS.COM |
| FORD MOTOR CREDIT COMPANY, LLC | C/O DEVLIN, NAYLOR & TURBYFILL, P.L.L.C. | ATTN: CHRISTOPHER NAYLOR | KIMG@DNTLAW.COM |
| HARRIS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| MARMAC, LLC | ATTN: BENJAMIN W. KADDEN | | SPECK@LAWLA.COM<br>BKADDEN@LAWLA.COM<br>MGRABILL@LAWLA.COM<br>JBRIGGETT@LAWLA.COM |
| METROPOLITAN PARTNERS GROUP MANAGEMENT, LLC | ATTN: KELLI S. NORFLEET | | KELLI.NORFLEET@HAYNESBOONE.COM |
| METROPOLITTAN PARTNERS GROUP MANAGEMENT, LLC | ATTN: ALEX COTA | | ACOTA@STROOCK.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: BENJAMIN W. KADDEN | | BKADDEN@LAWLA.COM<br>MNGUYEN@LAWLA.COM |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | ATTN: BENJAMIN W. KADDEN, STEWART F. PECK, MEREDITH S. GRABILL & JOESPH P. BRIGGETT | SPECK@LAWLA.COM<br>BKADDEN@LAWLA.COM<br>MGRABILL@LAWLA.COM<br>JBRIGGETT@LAWLA.COM |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ATTN: MEREDITH S. GRABILL | | MGRABILL@LAWLA.COM<br>MLOPEZ@LAWLA.COM |
| TORTORIGI TRANSPORT, LLC | C/O BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: NATHAN V. GRAHAM | NGRAHAM@BRADLEY.COM |
| TORTORIGI TRANSPORT, LLC | ATTN: JAY R. BENDER | | JBENDER@BABC.COM<br>JBAILEY@BRADLEY.COM |
| TRIPLE R BROTHERS, LTD. | ATTN: BILL RICHEY | | BILLRICHEY@GRIFFINANDMATTHEWS.COM |
| TRUSTMARK NATIONAL BANK | C/O DEVLIN, NAYLOR & TURBYFILL, P.L.L.C. | ATTN: DONALD L. TURBYFILL | DTURBYFILL@DNTLAW.COM |
| U.S. TRUSTEE | ATTN: STEPHEN DOUGLAS STATHAM | | STEPHEN.STATHAM@USDOJ.GOV |
| WESTCHESTER FIRE INSURANCE CO. | C/O WEINSTEIN RADCLIFF PIPKIN LLP | ATTN: GREGORY M. WEINSTEIN & DOUGLAS SCOTT MCFADIN | GWEINSTEIN@WEINRAD.COM;<br>SMCFADIN@WEINRAD.COM |

In re: Burkhalter Rigging, Inc., et al.
Case No. 19-30495

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| ALABAMA DEPT. OF REVENUE | INDIVIDUAL AND CORPORATE TAX DIV. | PO BOX 327483 | | | MONTGOMERY | AL | 36132-7483 | |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | ATTN: STEVE MARSHALL | 501 WASHINGTON AVE. | | | MONTGOMERY | AL | 36104 | |
| AMERICAN MAT & TIMBER CO | ATTN: MIKE ROBBINS | 6422 MCCGREW | | | HOUSTON | TX | 77087 | |
| AMERICAN MAT & TIMBER CO | ATTN: FRED RODEE | PO BOX 262448 | | | HOUSTON | TX | 77207 | |
| ANVIL ATTACHEMETS, LLC | C/O KANTROW, SPAHT, WEAVER & BLITZER | ATTN: JOSHUA MCDIARMID | 445 N. BLVD. , SUITE 300 | PO BOX 2997 | BATON ROUGE | LA | 70821-2997 | |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN:LESLIE RUTLEDGE | 323 CENTER STREET | SUITE 200 | | LITTLE ROCK | AR | 72201 | |
| BUCHANAN HAULING & RIGGING, INC. | C/O SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY. P.C. | ATTN: RENEA E. HOOPER | 10 WEST MARKET STREET | STE. 1400 | INDIANAPOLIS | IN | 46204-2968 | |
| BUCKNER HEAVYLIFT CRANES LLC | ATTN: MICHAEL HOLT | 4732 NC 54 E | | | GRAHAM | NC | 27253 | |
| BURKHALTER PROPERTIES | 2193 HIGHWAY 45 SOUTH | | | | COLUMBUS | MS | 39701 | |
| BURKHALTER PROPERTIES | PO BOX 9360 | | | | COLUMBUS | MS | 39705 | |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | ATTN: XAVIER BECERRA | 455 GOLDEN GATE | SUITE 11000 | | SAN FRANCISCO | CA | 94102-7004 | |
| CAPITAL CITY GROUP INC | TIMOTHY A KELLEY | 65 EAST STATE STREET, STE 1800 | | | COLUMBUS | OH | 43215 | |
| CAPITAL CITY GROUP INC. | C/O KEGLER BROWN HILL AND RITTER | ATTN: MICHAEL J. MADIGAN | 65 EAST STATE STREET | STE 2250 | COLUMBUS | OH | 43215 | |
| CAPITAL CITY GROUP, INC. | C/O JONES WALKER LLP | ATTN: MARK A. MINTZ | 201 ST. CHARLES AVE. | | NEW ORLEANS | LA | 70170-5100 | |
| CAPITAL CITY GROUP, INC. | ATTN: NICK SALVATORE AND BRIAN GIBSON | 2299 PERFORMANCE WAY | | | COLUMBUS | OH | 43207 | |
| CENTRAL BOAT RENTALS INC | 1640 RIVER ROAD | | | | BERWICK | LA | 70381 | |
| CENTRAL BOAT RENTALS INC | ATTN: DON ORLANDO | PO BOX 2545 | | | MORGAN CITY | LA | 70381 | |
| CERES CONSULTING LLC | ATTN: DIANA SZOLGA | 3808 COOKSON ROAD | | | EAST ST. LOUIS | IL | 62201 | |
| COLE'S TRANSPORT LLC | C/O SIMS & SIMS ATTYS AT LAW, LLC | ATTN: JEFFERY C. SMITH, TIMOTHY C. HUDSON, COLLEN L. HUDSON | PO BOX 648 | 809 3RD AVE. N. | COLUMBUS | MS | 39703 | |
| CREATIVE LODGING SOLUTIONS LLC | ATTN: LINDSEY HERRINGTON | PO BOX 896065 | | | CHARLOTTE | NC | 28289 | |
| CREATIVE LODGING SOLUTIONS LLC | 3199 BEAUMONT CENTRE CIR. | | | | LEXINGTON | KY | 40513 | |
| DOZIER CRANE INC | 156 PINE BARREN RD | | | | POOLER | GA | 31322-1137 | |
| DUTCH OIL CO., INC. | PO BOX 2323 | | | | COLUMBUS | MS | 39704-2323 | |
| FAGIOLI INC | ATTN: FEDERICO DALLAGLIO | 21310 HWY 6 | | | MANVEL | TX | 77578 | |
| FAGIOLI INC. | ATTN: EDOARDO ASCIONE | 21310 HIGHWAY 6 | | | MANVEL | TX | 77578 | |
| FLEET MANAGEMENT | ATTN: HEATHER DALE | 221 N HOGAN ST | SUITE 367 | | JACKSONVILLE | FL | 32202 | |
| FLEET MANAGEMENT SERVICES, LLC | C/O GREENFIELD LAW GROUP, P.A. | ATTN: AVRI BEN-HAMO | 6111 BROKEN SOUND PKWY, NW | SUITE 350 | BOCA RATON | FL | 33487 | |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | ATTN: CHRIS CARR | 40 CAPITAL SQ SW | | | ATLANTA | GA | 30334 | |
| GRAHAMS PILOT CAR INC | ATTN: MIKE GRAHAM | 9455 HUNTERS WAY DR | | | SEMMES | AL | 36575-8879 | |
| GREG ANDREWS | LOWNDES COUNTY TAX COLLECTOR | PO BOX 1077 | | | COLUMBUS | MS | 39703 | |
| HEATH & LINEBACK ENGINEERS INC | 2390 CANTON RD | BUILDING 200 | | | MARIETTA | GA | 30066 | |
| HOVAGO | ATTN: MARCEL RIEMSLAG | GALVANISTRAAT 35 | | | 3316 GH DORDRECHT | | | THE NETHERLANDS |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | ATTN: LISA M. MADIGAN | CHICAGO MAIN OFFICE | 100 WEST RANDOLPH STREET | | CHICAGO | IL | 60601 | |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | ATTN: LISA M. MADIGAN | SPRINGFIELD MAIN OFFICE | 500 S 2ND STREET | | SPRINGFIELD | IL | 62701 | |
| INTERNAL REVENUE SERVICE | PO BOX 932000 | | | | LOUISVILLE | KY | 40293-2000 | |
| INTERNAL REVENUE SERVICE | PO BOX 932100 | | | | LOUISVILLE | KY | 40293-2100 | |
| INTERNAL REVENUE SERVICE | HOUSTON DIVISION | 1919 SMITH STREET | | | HOUSTON | TX | 77002 | |
| KENCO BUCKET TRUCKS LLC | PO BOX 3140 | DEPT 450 | | | HOUSTON | TX | 77253 | |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | ATTN: JEFF LANDRY | 1885 N. THIRD STREET | | | BATON ROUGE | LA | 70802 | |
| LOWNDES COUNTY PROPERTY TAX ASSESSOR | PO BOX 1077 | | | | COLUMBUS | MS | 39704 | |
| MAXIM CRANE WORKS | ATTN: KELLY SHELTON | LOCKBOX 774389 | 4389 SOLUTIONS CENTER | | CHICAGO | IL | 60677-4003 | |
| MCDONOUGH MARINE SERVICE | ATTN: CHRISTINE WALE | 3500 N CAUSEWAY BLVD | SUITE 900 | | METAIRIE | LA | 70002 | |
| METROPOLITAN EQUITY PARTNERS ADM. LLC | C/O FOLEY HOAG LLP | ATTN: ANDREW SCHWARTZ | 155 SEAPORT BOULEVARD | | BOSTON | MA | 02210-2600 | |
| METROPOLITAN EQUITY PARTNERS ADM. LLC | 70 EAST 55TH STREET | | | | NEW YORK | NY | 10022 | |
| METROPOLITAN PARTNERS GROUP MANAGEMENT, LLC | C/O HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., KELLI S.NORFLEET & MARTHA WYRICK | 1221 MCKINNEY ST., STE. 2100 | | HOUSTON | TX | 77010 | |
| MID-GEORGIA ELECTRICAL SERVICES, INC. | C/O SHARP & WISE PPLC | ATTN: ROB P. WISE | 120 N. CONGRESS, SUITE 902 | | JACKSON | MS | 39201 | |
| MISSISSIPPI DEPARTMENT OF REVENUE | PO BOX 23191 | | | | JACKSON | MS | 39225-3191 | |
| MISSISSIPPI DEPT. OF UNEMPLOYMENT SECURITY | PO BOX 22781 | | | | JACKSON | MS | 39225-2781 | |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | ATTN: JIM HOOD | WALTER SILLERS BUILDING | 550 HIGH STREET, STE 1200 | | JACKSON | MS | 39201 | |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK STREET | SUITE 3516 | | | HOUSTON | TX | 77002 | |
| OHIO OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE DEWINE | 30 E BROAD ST. 14TH FLOOR | | | COLUMBUS | OH | 43215 | |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE HUNTER | 313 NE 21ST STREET | | | OKLAHOMA CITY | OK | 73105 | |
| RISS CARGO MANAGEMENT | ATTN: SUMNER ADAMS | ONE ST LOUIS CENTRE | SUITE 5000 | | MOBILE | AL | 36602 | |



**Exhibit B**
Served Via Overnight Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| RITTER FOREST PRODUCTS INC | SHARON HARTFORD | PO BOX 1265 | | | NEDERLAND | TX | 77627 | |
| ROADRUNNER TRANSPORTATION | 1007 INDUSTRIAL DRIVE | | | | SAUK RAPIDS | MN | 56379 | |
| ROADRUNNER TRANSPORTATION | ATTN: MICHAEL WILT | PO BOX 95000 | | | CHICAGO | IL | 60694-5000 | |
| STATE OF CALIFORNIA EMPLOYMENT | DEVELOPMENT DEPARTMENT | PO BOX 989061 | | | WEST SACRAMENTO | CA | 95798-9061 | |
| STATE OF MISSISSIPPI DEPT OF REVENUE | PO BOX 960 | | | | JACKSON | MS | 39205 | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | ATTN: KEN PAXTON | 300 W. 15TH STREET | | | AUSTIN | TX | 78701 | |
| TEXAS UNEMPLOYMENT TAX OFFICE | PO BOX 149037 | | | | AUSTIN | TX | 78714-9037 | |
| THOMA ENGINEERING LLC | 8784 S. COUNTY RD. 33 | | | | DOTHAN | AL | 36301 | |
| TORTORIGI HAULING INC | ATTN: JOESPH TORTORIGI | PO BOX 13 | | | TRUSSVILLE | AL | 35173 | |
| TORTORIGI HAULING INC. | 3801 MARY TAYLOR RD. | | | | BIRMINGHAM | AL | 35235 | |
| TORTORIGI HAULING INC. | C/O BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: RICHARD H. MONK III | ONE FEDERAL PLACE | 1819 5TH AVE. N. | BIRMINGHAM | AL | 35203 | |
| TORTORIGI TRANSPORT, LLC | ATTN: JOSEPH TORTORIGI | PO BOX 96 | | | TRUSSVILLE | AL | 35176 | |
| TRINITY LOGISTICS INC | ATTN: HANNAH ROGERS | PO BOX 62702 | | | BALTIMORE | MD | 21264-2702 | |
| TRINITY LOGISTICS INC. | ATTN: DOUG POTVIN | 50 FALLON AVE. | | | SEAFORD | DE | 19973 | |
| TRINITY LOGISTICS INC. | 1441-B AIRPORT FREEWAY | SUITE 250 | | | EULESS | TX | 76040 | |
| TRUSTMARK CREDIT CARD CENTER | PO BOX 143 | | | | JACKSON | MS | 39205-0143 | |
| U.S ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS | 1000 LOUISIANA, STE. 2300 | | | HOUSTON | TX | 77002 | |

# **Exhibit C**



**Exhibit C**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | C/O BECKET AND LEE LLP | PO BOX 3001 | | MALVERN | PA | 19355-0701 |
| ARCBEST | ATTN: BANKRUPTCY DESK | PO BOX 10048 | | FORT SMITH | AR | 72917-0048 |
| ATS SPECIALIZED INC | ATTN: ROMELLE ANFINSON | 725 OPPORTUNITY DRIVE | | ST CLOUD | MN | 56301 |
| BK EDWARDS FABRICATION & WELDING INC. | 1485 JACKSON RD | | | MABEN | MS | 39750 |
| BUCHANAN HAULING & RIGGING INC | 4625 INDUSTRIAL RD | | | FORT WAYNE | IN | 46825 |
| BUTLER SNOW LLP | ATTN: CHRISTOPHER S. BERDY | 1819 FIFTH AVENUE NORTH | SUITE 1000 | BIRMINGHAM | AL | 35203 |
| CRANE U, INC. | N. CHRISTIAN GLENOS | 1819 5TH AVE. NORTH | | BIRMINGHAM | AL | 35203 |
| FORD MOTOR CREDIT COMPANY, LLC | PO BOX 62180 | | | COLORADO SPRINGS | CO | 80962-4400 |
| G&R MINERAL SERVICES, INC. | PO BOX 100939 | | | BIRMINGHAM | AL | 35210 |
| HANES SUPPLY INC | 55 JAMES E CASEY DRIVE | | | BUFFALO | NY | 14206 |
| HANSA FLEX USA | CST CO., INC. | PO BOX 33127 | | LOUISVILLE | KY | 40232 |
| HARRIS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | PO BOX 3064 | HOUSTON | TX | 77253-3064 |
| JJ CURRAN CRANE COMPANY, INC. | ATTN: MARC L. ELLISON | 2211 NORFOLK, STE 510 | | HOUSTON | TX | 77098 |
| KENCO BUCKET TRUCKS LLC | 5901 BAYWAY DRIVE | | | BAYTOWN | TX | 77520 |
| LOUIS L. COOK | 5197 HIGHWAY 43 | | | AMITE | LA | 70422 |
| LOWNDES COUNTY PROPERTY TAX ASSESSOR | PO BOX 1077 | | | COLUMBUS | MS | 39704 |
| MARISOL INTERNATIONAL, INC. | D/B/A ASCENT GLOBAL LOGISTICS | ATTN: MAUREEN MCGRAW | 4900 S. PENNSYLVANIA AVE. | CUDAHY | WI | 53110 |
| MIDWEST TERMINALS OF TOLEDO | 383 W DUSSEL DR | | | MAUMEE | OH | 43537 |
| MISSISSIPPI DEPT. OF REVENUE | BANKRUPTCY SECTION | PO BOX 22808 | | JACKSON | MS | 39225-2808 |
| MOBILE MODULAR MANAGEMENT CORPORATION | ATTN: NIEL BANSRAJ | 5700 LAS POSITAS ROAD | | LIVERMORE | CA | 94550 |
| NELSON EQUIPMENT LTD | 9400 N HWY 146 | | | BAYTOWN | TX | 77523 |
| OPTIMUS INDUSTRIES LLC | 5727 S LEWIS AVE., SUITE 600 | | | TULSA | OK | 74105 |
| PRECISION TREE SERVICE, LLC. | ATTN: AMANDA W. MESSA | II CITY PLAZA, 400 CONVENTION ST. | SUITE 1100 | BATON ROUGE | LA | 70802 |
| RACKLEY OIL INC | PO BOX 826 | | | STARKVILLE | MS | 39760 |
| SAPPHIRE ROSE PILOT CAR, INC. | 5811 SUMMERFEST DRIVE | | | SAN ANTONIO | TX | 78244 |
| TRI-COUNTY BUCKET SERVICE INC. | 170 RIVERCHASE DR. | | | WEST POINT | MS | 39773 |
| TRIPLE R BROTHERS,LTD. | RITTER FOREST PRODUCTS | PO BOX 1265 | | NEDERLAND | TX | 77627 |
| US UTILITY CONTRACTOR CO. INC | 3592 GENOA RD. | | | PERRYSBURG | OH | 43551 |
| VERSA-STEEL, INC. | 1618 NE 1ST AVE | | | PORTLAND | OR | 97232 |
| W.W. GRAINGER, INC. | 401 SOUTH WRIGHT ROAD W4E.C37 | | | JANESVILLE | WI | 60714 |
| WATERS TRUCK AND TRACTOR CO., INC. | PO BOX 831 | | | COLUMBUS | MS | 39703 |
| WEATHERALL PRINTING COMPANY | PO DRAWER 677 | | | TUPELO | MS | 38802-0677 |
| YAK MAT, LLC | ATTN: MICHAEL BUSENKELL | 1201 N. ORANGE ST. | SUITE 300 | WILMINGTON | DE | 19801 |

# **Exhibit D**



Exhibit D
Served Via Electronic Mail

| NAME | ADDRESS 1 | ADDRESS 2 | EMAIL |
|---|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | C/O BECKET AND LEE LLP | | PROOFOFCLAIM@BECKET-LEE.COM PAYMENTS@BECKET-LEE.COM |
| AMERICAN MAT & TIMBER CO | ATTN: MIKE ROBBINS | | INFO@AMERICANMATANDTIMBER.COM MROBBINS@AMERICANMATANDTIMBER.COM |
| AMERICAN MAT & TIMBER CO | ATTN: FRED RODEE | | FRODEE@ADOBEEQUITY.COM |
| ARCBEST | ATTN: BANKRUPTCY DESK | | TMCGUIRE@ARCB.COM |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN:LESLIE RUTLEDGE | | OAG@ARKANSASAG.GOV |
| ATS SPECIALIZED INC | ATTN: ROMELLE ANFINSON | | ROMELLEA@ATSINC.COM |
| BK EDWARDS FABRICATION & WELDING INC. | | | TEDWARDS@BKE-INC.COM |
| BUCHANAN HAULING & RIGGING INC | | | JFLICK@BUCHANANHAULING.COM |
| BUCHANAN HAULING & RIGGING, INC. | C/O SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY. P.C. | ATTN: RENEA E. HOOPER | RHOOPER@SCOPELITIS.COM PROOT@SCOPELITIS.COM |
| BUCKNER HEAVYLIFT CRANES LLC | ATTN: MICHAEL HOLT | | MICHAELH@BUCKNERCOMPANIES.COM |
| BURKHALTER PROPERTIES | | | INFO@BURKHALTER.NET |
| BURKHALTER PROPERTIES | | | INFO@BURKHALTER.NET |
| BUTLER SNOW LLP | ATTN: CHRISTOPHER S. BERDY | | CHRIS.BERDY@BUTLERSNOW.COM |
| CAPITAL CITY GROUP, INC. | ATTN: NICK SALVATORE AND BRIAN GIBSON | | NSALVATORE@CC.GROUP-INC.COM |
| CAPITAL CITY GROUP, INC. | C/O JONES WALKER LLP | ATTN: MARK A. MINTZ | MMINTZ@JONESWALKER.COM |
| CAPITAL CITY GROUP, INC. | C/O JONES WALKER LLP | ATTN: JOSEPH E. BAIN AND STEPHANIE M. GILLIAM | JBAIN@JONESWALKER.COM SGILLIAM@JONESWALKER.COM |
| CENTRAL BOAT RENTALS INC | ATTN: DON ORLANDO | | DON@CENTRALBOAT.COM |
| CERES CONSULTING LLC | ATTN: DIANA SZOLGA | | DIANAS@CERESBARGE.COM |
| COLE'S TRANSPORT LLC | C/O SIMS & SIMS ATTYS AT LAW, LLC | ATTN: JEFFERY C. SMITH, TIMOTHY C. HUDSON, COLLEN L. HUDSON | SIMSANDSIMS@YAHOO.COM THUDSON.SIMSANDSIMS@YAHOO.COM CHUDSON.SIMSANDSIMS@YAHOO.COM |
| CRANE U, INC. | N. CHRISTIAN GLENOS | | CGLENOS@BRADLEY.COM |
| CREATIVE LODGING SOLUTIONS LLC | ATTN: LINDSEY HERRINGTON | | LINDSEY.HERRINGTON@YOURCLS.COM |
| CREATIVE LODGING SOLUTIONS LLC | | | INFO@YOURCLS.COM |
| FAGIOLI INC | ATTN: FEDERICO DALLAGLIO | | F.DALLAGLIO@FAGIOLI.COM |
| FAGIOLI INC. | C/O LEWIS BRISBOIS BISGAARD & SMITH, LLP | ATTN: EMILY S. CHOU | EMILY.CHOU@LEWISBRISBOIS.COM |
| FLEET MANAGEMENT | ATTN: HEATHER DALE | | HEATHER@FMSGL.COM |
| FLEET MANAGEMENT SERVICES, LLC | C/O GREENFIELD LAW GROUP, P.A. | ATTN: AVRI BEN-HAMO | ABEN-HAMO@FLORIDA-LEGAL.NET ESTOP.LIT@FLORIDA-LEGAL.NET |
| FORD MOTOR CREDIT COMPANY, LLC | | | FCFFALD@FORD.COM |
| GRAHAMS PILOT CAR INC | ATTN: MIKE GRAHAM | | GRAHAMSPCS@GMAIL.COM |
| HANES SUPPLY INC | | | AREMAIL.HSI@HANESSUPPLY.COM MCASSELL@HANESSUPPLY.COM |
| HANSA FLEX USA | CST CO., INC. | | CTANNER@MAIL.CSTCOINC.COM |
| HARRIS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| HARRIS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| HEATH & LINEBACK ENGINEERS INC | | | INFO@HEATH-LINEBACK.COM PZACHARY@HEATH-LINEBACK.COM |
| HOVAGO | ATTN: MARCEL RIEMSLAG | | RIEMSLAG@HOVAGO.COM |
| JJ CURRAN CRANE COMPANY, INC. | ATTN: MARC L. ELLISON | | MELLISON@TETLEGAL.COM |
| KENCO BUCKET TRUCKS LLC | | | KENCO@HIGHLOADS.COM |



**Exhibit D**
Served Via Electronic Mail

| NAME | ADDRESS 1 | ADDRESS 2 | EMAIL |
|---|---|---|---|
| KENCO BUCKET TRUCKS LLC | | | MYNA@HIGHLOADS.COM |
| LOUIS L. COOK | | | LCOOKJR1@YAHOO.COM |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | ATTN: JEFF LANDRY | | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| LOWNDES COUNTY PROPERTY TAX ASSESSOR | | | ASSESSORS@LOWNDESCOUNTY.COM |
| LOWNDES COUNTY PROPERTY TAX ASSESSOR | | | ASSESSORS@LOWNDESCOUNTY.COM |
| MARISOL INTERNATIONAL, INC. | D/B/A ASCENT GLOBAL LOGISTICS | ATTN: MAUREEN MCGRAW | MMCGRAW@ASCENTGL.COM |
| MAXIM CRANE WORKS | ATTN: KELLY SHELTON | | KSHELTON@MAXIMCRANE.COM |
| MCDONOUGH MARINE SERVICE | ATTN: CHRISTINE WALE | | CWALE@MCDONOUGHMARINE.COM |
| METROPOLITAN EQUITY PARTNERS ADM. LLC | C/O FOLEY HOAG LLP | ATTN: ANDREW SCHWARTZ | ASCHWARTZ@FOLEYHOAG.COM |
| METROPOLITAN PARTNERS GROUP MANAGEMENT, LLC | C/O HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., KELLI NORFLEET AND MARTHA WYRICK | CHARLES.BECKHAM@HAYNESBOONE.COM KELLI.NORFLEET@HAYNESBOONE.COM MARTHA.WYRICK@HAYNESBOONE.COM |
| MID-GEORGIA ELECTRICAL SERVICES, INC. | C/O SHARP & WISE PPLC | ATTN: ROB P. WISE | RWISE@SHARPWISE.COM |
| MIDWEST TERMINALS OF TOLEDO | | | KELLY.BALDWIN@MWTTI.COM |
| MISSISSIPPI DEPT. OF REVENUE | BANKRUPTCY SECTION | | BANKRUPTCY@DOR.MS.GOV |
| MOBILE MODULAR MANAGEMENT CORP. | ATTN: NIEL BANSRAJ | | NEIL.BANSRAJ@MGRC.COM |
| NELSON EQUIPMENT LTD | | | JGARCIA@NELSONEQ.COM |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE HUNTER | | QUESTIONS@OAG.OK.GOV |
| OPTIMUS INDUSTRIES LLC | | | JSCHEIPER@OPTIMUS-TULSA.COM |
| PRECISION TREE SERVICE, LLC. | ATTN: AMANDA W. MESSA | | MESSAA@PHELPS.COM |
| RACKLEY OIL INC | | | PERRY@RACKLEYOIL.COM |
| RISS CARGO MANAGEMENT | ATTN: SUMNER ADAMS | | SADAMS@NORTONLILLY.COM |
| RITTER FOREST PRODUCTS INC | SHARON HARTFORD | | SHARON@RITTERLUMBER.NET |
| ROADRUNNER TRANSPORTATION | ATTN: MICHAEL WILT | | MWILDT@ASCENTGL.COM |
| ROADRUNNER TRANSPORTATION | | | JKENT@RRTS.COM |
| SAPPHIRE ROSE PILOT CAR, INC. | | | STAFF@SAPPHIREROSEPILOTCAR.COM |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | ATTN: BENJAMIN W. KADDEN, STEWART PECK, MEREDITH S. GRABILL, JOESPH P. BRIGGETT AND JAMES W. THURMAN | SPECK@LAWLA.COM BKADDEN@LAWLA.COM MGRABILL@LAWLA.COM JBRIGGETT@LAWLA.COM JTHURMAN@LAWLA.COM |
| TORTORIGI HAULING INC | ATTN: JOESPH TORTORIGI | | JOESPH@TORTORIGI.COM |
| TORTORIGI HAULING INC. | C/O BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: RICHARD H. MONK III | RMONK@BRADLEY.COM |
| TORTORIGI HAULING INC. | | | QUOTES@TORTORIGI.COM |
| TORTORIGI TRANSPORT, LLC | C/O BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: NATHAN V. GRAHAM | NGRAHAM@BRADLEY.COM |
| TRI-COUNTY BUCKET SERVICE INC. | | | TRICOUNTYBUCKETSERVICE@GMAIL.COM |
| TRINITY LOGISTICS INC | ATTN: HANNAH ROGERS | | HANNAH.ROGERS@TRINITYLOGISTICS.COM |
| TRIPLE R BROTHERS, LTD. | D/B/A RITTER FOREST PRODUCTS | C/O GRIFFIN & MATTHEWS | BILLRICHEY@GRIFFINANDMATTHEWS.COM |
| TRIPLE R BROTHERS, LTD. | RITTER FOREST PRODUCTS | | SHARON@RITTERLUMBER.NET |
| TRUSTMARK NATIONAL BANK | C/O DEVLIN, NAYLOR & TURBYFILL, P.L.L.C. | ATTN: DONALD L. TURBYFILL | DTURBYFILL@DNTLAW.COM |
| U.S ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS | | USATXS.ATTY@USDOJ.GOV |
| US UTILITY CONTRACTOR CO. INC | | | JMARQUARDT@USUTILITYCONTRACTORS.COM |
| VERSA-STEEL, INC. | | | BERNIE@VERSASTEEL.COM |



**Exhibit D**
Served Via Electronic Mail

| NAME | ADDRESS 1 | ADDRESS 2 | EMAIL |
|---|---|---|---|
| W.W. GRAINGER, INC. | | | CHAR.WALTERS@GRAINGER.COM |
| WATERS TRUCK AND TRACTOR CO., INC. | | | TWHITAKER@WATERSTRUCK.COM |
| WEATHERALL PRINTING COMPANY | | | DAVID@WEATHERALLPRINTING.COM |
| WESTCHESTER FIRE INSURANCE COMPANY | C/O WEINSTEIN RADCLIFF PIPKIN LLP | ATTN: GREGORY M. WEINSTEIN AND DOUGLAS SCOTT MCFADIN | GWEINSTEIN@WEINRAD.COM SMCFADIN@WEINRAD.COM |
| YAK MAT, LLC | ATTN: MICHAEL BUSENKELL | | MBUSENKELL@GSBBLAW.COM |

In re: Burkhalter Rigging, Inc., et al.
Case No. 19-30495

# **<u>Exhibit E</u>**



**Exhibit E**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| ALABAMA DEPT. OF REVENUE | INDIVIDUAL AND CORPORATE TAX DIV. | PO BOX 327483 | | | MONTGOMERY | AL | 36132-7483 | |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | ATTN: STEVE MARSHALL | 501 WASHINGTON AVE. | | | MONTGOMERY | AL | 36104 | |
| AMERICAN MAT & TIMBER CO | ATTN: FRED RODEE | PO BOX 262448 | | | HOUSTON | TX | 77207 | |
| AMERICAN MAT & TIMBER CO | ATTN: MIKE ROBBINS | 6422 MCCGREW | | | HOUSTON | TX | 77087 | |
| ANVIL ATTACHEMETS, LLC | C/O KANTROW, SPAHT, WEAVER & BLITZER | ATTN: JOSHUA  MCDIARMID | 445 N. BLVD. , SUITE 300 | PO BOX 2997 | BATON ROUGE | LA | 70821-2997 | |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN:LESLIE RUTLEDGE | 323 CENTER STREET | SUITE 200 | | LITTLE ROCK | AR | 72201 | |
| BUCHANAN HAULING & RIGGING, INC. | C/O SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY. P.C. | ATTN: RENEA E. HOOPER | 10 WEST MARKET ST. | STE. 1400 | INDIANAPOLIS | IN | 46204-2968 | |
| BUCKNER HEAVYLIFT CRANES LLC | ATTN: MICHAEL HOLT | 4732 NC 54 E | | | GRAHAM | NC | 27253 | |
| BURKHALTER PROPERTIES | 2193 HIGHWAY 45 SOUTH | | | | COLUMBUS | MS | 39701 | |
| BURKHALTER PROPERTIES | PO BOX 9360 | | | | COLUMBUS | MS | 39705 | |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | ATTN: XAVIER BECERRA | 455 GOLDEN GATE | SUITE 11000 | | SAN FRANCISCO | CA | 94102-7004 | |
| CAPITAL CITY GROUP INC | TIMOTHY A KELLEY | 65 EAST STATE STREET, STE 1800 | | | COLUMBUS | OH | 43215 | |
| CAPITAL CITY GROUP INC. | C/0 KEGLER BROWN HILL AND RITTER | ATTN: MICHAEL J. MADIGAN | 65 EAST STATE STREET, STE 2250 | | COLUMBUS | OH | 43215 | |
| CAPITAL CITY GROUP, INC. | C/O JONES WALKER LLP | ATTN: JOSEPH E. BAIN AND STEPHANIE M. GILLIAM | 811 MAIN STREET, SUITE 2900 | | HOUSTON | TX | 77002 | |
| CAPITAL CITY GROUP, INC. | ATTN: NICK SALVATORE & BRIAN GIBSON | 2299 PERFORMANCE WAY | | | COLUMBUS | OH | 43207 | |
| CAPITAL CITY GROUP, INC. | C/O JONES WALKER LLP | ATTN: MARK A. MINTZ | 201 ST. CHARLES AVE. | | NEW ORLEANS | LA | 70170-5100 | |
| CENTRAL BOAT RENTALS INC | ATTN: DON ORLANDO | PO BOX 2545 | | | MORGAN CITY | LA | 70381 | |
| CENTRAL BOAT RENTALS INC | 1640 RIVER ROAD | | | | BERWICK | LA | 70381 | |
| CERES CONSULTING LLC | ATTN: DIANA SZOLGA | 3808 COOKSON ROAD | | | EAST ST. LOUIS | IL | 62201 | |
| COLE'S TRANSPORT LLC | C/O SIMS & SIMS ATTYS AT LAW, LLC | ATTN: JEFFERY C. SMITH, TIMOTHY C. HUDSON, COLLEN L. HUDSON | PO BX 648 | 809 3RD AVE. N. | COLUMBUS | MS | 39703 | |
| CREATIVE LODGING SOLUTIONS LLC | 3199 BEAUMONT CENTRE CIR. | | | | LEXINGTON | KY | 40513 | |
| CREATIVE LODGING SOLUTIONS LLC | ATTN: LINDSEY HERRINGTON | PO BOX 896065 | | | CHARLOTTE | NC | 28289 | |
| DOZIER CRANE INC | 156 PINE BARREN RD | | | | POOLER | GA | 31322-1137 | |
| DUTCH OIL CO., INC. | PO BOX 2323 | | | | COLUMBUS | MS | 39704-2323 | |
| FAGIOLI INC | ATTN: FEDERICO DALLAGLIO | 21310 HWY 6 | | | MANVEL | TX | 77578 | |
| FAGIOLI INC. | ATTN: EDOARDO ASCIONE | 21310 HIGHWAY 6 | | | MANVEL | TX | 77578 | |
| FAGIOLI INC. | C/O LEWIS BRISBOIS BISGAARD & SMITH, LLP | ATTN: EMILY S. CHOU | 2100 ROSS AVE., SUITE 2000 | | DALLAS | TX | 75201 | |
| FLEET MANAGEMENT | ATTN: HEATHER DALE | 221 N HOGAN ST | SUITE 367 | | JACKSONVILLE | FL | 32202 | |
| FLEET MANAGEMENT SERVICES, LLC | C/O GREENFIELD LAW GROUP, P.A. | ATTN: AVRI BEN-HAMO | 6111 BROKEN SOUND PKWY, NW | SUITE 350 | BOCA RATON | FL | 33487 | |
| FORD MOTOR CREDIT COMPANY, LLC | C/O DEVLIN, NAYLOR & TURBYFILL, P.L.L.C. | ATTN: CHRISTOPHER NAYLOR | 5120 WOODWAY, STE. 9000 | | HOUSTON | TX | 77056-1725 | |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | ATTN: CHRIS CARR | 40 CAPITAL SQ SW | | | ATLANTA | GA | 30334 | |
| GRAHAMS PILOT CAR INC | ATTN: MIKE GRAHAM | 9455 HUNTERS WAY DR | | | SEMMES | AL | 36575-8879 | |
| HARRIS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | |
| HEATH & LINEBACK ENGINEERS INC | 2390 CANTON RD | BUILDING 200 | | | MARIETTA | GA | 30066 | |
| HOVAGO | ATTN: MARCEL RIEMSLAG | GALVANISTRAAT 35 | | | 3316 GH DORDRECHT | | | THE NETHERLANDS |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | ATTN: LISA M. MADIGAN | SPRINGFIELD MAIN OFFICE | 500 S 2ND STREET | | SPRINGFIELD | IL | 62701 | |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | ATTN: LISA M. MADIGAN | CHICAGO MAIN OFFICE | 100 WEST RANDOLPH STREET | | CHICAGO | IL | 60601 | |
| INTERNAL REVENUE SERVICE | PO BOX 932000 | | | | LOUISVILLE | KY | 40293-2000 | |
| INTERNAL REVENUE SERVICE | HOUSTON DIVISION | 1919 SMITH STREET | | | HOUSTON | TX | 77002 | |
| INTERNAL REVENUE SERVICE | PO BOX 932100 | | | | LOUISVILLE | KY | 40293-2100 | |
| KENCO BUCKET TRUCKS LLC | PO BOX 3140 | DEPT 450 | | | HOUSTON | TX | 77253 | |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | ATTN: JEFF LANDRY | 1885 N. THIRD STREET | | | BATON ROUGE | LA | 70802 | |
| LOWNDES COUNTY PROPERTY TAX ASSESSOR | PO BOX 1077 | | | | COLUMBUS | MS | 39704 | |
| MARMAC, LLC | D/B/A MCDONOUGH MARINE SERVICE | ATTN: REBECCA COOPER | 3500 N. CAUSEWAY, SUITE 900 | | METAIRIE | LA | 70002 | |
| MAXIM CRANE WORKS | ATTN: KELLY SHELTON | LOCKBOX 774389 | 4389 SOLUTIONS CENTER | | CHICAGO | IL | 60677-4003 | |
| MCDONOUGH MARINE SERVICE | ATTN: CHRISTINE WALE | 3500 N CAUSEWAY BLVD | SUITE 900 | | METAIRIE | LA | 70002 | |
| METROPOLITAN EQUITY PARTNERS ADM. LLC | 70 EAST 55TH STREET | | | | NEW YORK | NY | 10022 | |
| METROPOLITAN EQUITY PARTNERS ADM. LLC | C/O FOLEY HOAG LLP | ATTN: ANDREW SCHWARTZ | 155 SEAPORT BOULEVARD | | BOSTON | MA | 02210-2600 | |
| METROPOLITAN PARTNERS GROUP MGMT, LLC | C/O HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM JR., KELLI NORFLEET AND MARTHA WYRICK | 1221 MCKINNEY ST., STE. 2100 | | HOUSTON | TX | 77010 | |
| MID-GEORGIA ELECTRICAL SERVICES, INC. | C/O SHARP & WISE PPLC | ATTN: ROB P. WISE | 120 N. CONGRESS, SUITE 902 | | JACKSON | MS | 39201 | |
| MISSISSIPPI DEPARTMENT OF REVENUE | PO BOX 23191 | | | | JACKSON | MS | 39225-3191 | |
| MISSISSIPPI DEPT. OF UNEMPLOYMENT SECURITY | PO BOX 22781 | | | | JACKSON | MS | 39225-2781 | |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | ATTN: JIM HOOD | WALTER SILLERS BUILDING | 550 HIGH STREET, STE 1200 | | JACKSON | MS | 39201 | |
| OFFICE OF THE UNITED STATES TRUSTEE | 515 RUSK STREET | SUITE 3516 | | | HOUSTON | TX | 77002 | |
| OHIO OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE DEWINE | 30 E BROAD ST. 14TH FLOOR | | | COLUMBUS | OH | 43215 | |



**Exhibit E**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | ATTN: MIKE HUNTER | 313 NE 21ST STREET | | | OKLAHOMA CITY | OK | 73105 | |
| RISS CARGO MANAGEMENT | ATTN: SUMNER ADAMS | ONE ST LOUIS CENTRE | SUITE 5000 | | MOBILE | AL | 36602 | |
| RITTER FOREST PRODUCTS INC | SHARON HARTFORD | PO BOX 1265 | | | NEDERLAND | TX | 77627 | |
| ROADRUNNER TRANSPORTATION | 1007 INDUSTRIAL DRIVE | | | | SAUK RAPIDS | MN | 56379 | |
| ROADRUNNER TRANSPORTATION | ATTN: MICHAEL WILT | PO BOX 95000 | | | CHICAGO | IL | 60694-5000 | |
| STATE OF CALIFORNIA EMPLOYMENT | DEVELOPMENT DEPARTMENT | PO BOX 989061 | | | WEST SACRAMENTO | CA | 95798-9061 | |
| STATE OF MISSISSIPPI DEPT. OF REVENUE | PO BOX 960 | | | | JACKSON | MS | 39205 | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | ATTN: KEN PAXTON | 300 W. 15TH STREET | | | AUSTIN | TX | 78701 | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | ATTN: BENJAMIN W. KADDEN, STEWART F. PECK, MEREDITH S. GRABILL, JOESPH P. BRIGGETT AND JAMES W. THURMAN | 601 POYDRAS ST. | SUITE 2775 | NEW ORLEANS | LA | 70130 | |
| THOMA ENGINEERING LLC | 8784 S. COUNTY RD. 33 | | | | DOTHAN | AL | 36301 | |
| TORTORIGI HAULING INC | ATTN: JOESPH TORTORIGI | PO BOX 13 | | | TRUSSVILLE | AL | 35173 | |
| TORTORIGI HAULING INC. | 3801 MARY TAYLOR RD. | | | | BIRMINGHAM | AL | 35235 | |
| TORTORIGI HAULING INC. | C/O BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: RICHARD H. MONK III | ONE FEDERAL PLACE | 1819 5TH AVE. N. | BIRMINGHAM | AL | 35203 | |
| TORTORIGI TRANSPORT, LLC | ATTN: JOSEPH TORTORIGI | PO BOX 96 | | | TRUSSVILLE | AL | 35176 | |
| TORTORIGI TRANSPORT, LLC | C/O BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: NATHAN V. GRAHAM | JP MORGAN CHASE TOWER | 600 TRAVIS ST., STE 4800 | HOUSTON | TX | 77002 | |
| TRINITY LOGISTICS INC | ATTN: HANNAH ROGERS | PO BOX 62702 | | | BALTIMORE | MD | 21264-2702 | |
| TRINITY LOGISTICS INC. | 1441-B AIRPORT FREEWAY | SUITE 250 | | | EULESS | TX | 76040 | |
| TRINITY LOGISTICS INC. | ATTN: DOUG POTVIN | 50 FALLON AVE. | | | SEAFORD | DE | 19973 | |
| TRIPLE R BROTHERS, LTD. | D/B/A RITTER FOREST PRODUCTS | C/O GRIFFIN & MATTHEWS | ATTN: BILL RICHEY | 400 NECHES AT CROCKETT | BEAUMONT | TX | 77701 | |
| TRUSTMARK CREDIT CARD CENTER | PO BOX 143 | | | | JACKSON | MS | 39205-0143 | |
| TRUSTMARK NATIONAL BANK | C/O DEVLIN, NAYLOR & TURBYFILL, P.L.L.C. | ATTN: DONALD L. TURBYFILL | 5120 WOODWAY, SUITE 9000 | | HOUSTON | TX | 77056-1725 | |
| U.S ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS | 1000 LOUISIANA, STE. 2300 | | | HOUSTON | TX | 77002 | |
| WESTCHESTER FIRE INSURANCE COMPANY | C/O WEINSTEIN RADCLIFF PIPKIN LLP | ATTN: GREGORY M. WEINSTEIN AND DOUGLAS SCOTT MCFADIN | 8350 N. CENTRAL EXPRESSWAY | SUITE 1550 | DALLAS | TX | 75206 | |