*MOR-1*

**UNITED STATES BANKRUPTCY COURT**

| | | | |
|---|---|---|---|
| CASE NAME: | Burkhalter Rigging, Inc., et al. | PETITION DATE: | 1/31/2019 |
| CASE NUMBER: | 19-30495 | DISTRICT OF TEXAS: | Southern District of Texas |
| PROPOSED PLAN DATE: | UNKNOWN | DIVISION: | Houston |

### *MONTHLY OPERATING REPORT SUMMARY FOR FEBRUARY 2019*

| ($ in thousands) | FEBRUARY | | | | |
|---|---|---|---|---|---|
| REVENUES (MOR-6) | 675,682 | 0 | 0 | 0 | 0 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | (676,837) | 0 | 0 | 0 | 0 |
| NET INCOME (LOSS) (MOR-6) | (863,044) | 0 | 0 | 0 | 0 |
| PAYMENTS TO INSIDERS (MOR-9) | 93,960 | 0 | 0 | 0 | 0 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | 0 | 0 | 0 | 0 |
| TOTAL DISBURSEMENTS (MOR-8) | 955,633 | 0 | 0 | 0 | 0 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | Mantained | EXP. DATE |
|---|---|---|
| GENERAL LIABILITY | YES | 4/1/2019 |
| COMMERCIAL INLAND MARINE | YES | 4/1/2019 |
| COMMERCIAL PROPERTY | YES | 4/1/2019 |
| COMMERCIAL AUTO EXCESS LIABILITY | YES | 4/1/2019 |
| WORKERS COMPENSATION | YES | 1/10/2020 |
| COMMERCIAL AUTO | YES | 4/1/2019 |
| CATASTROPHIE LIABILITY | YES | 4/1/2019 |
| EXCESS THIRD PARTY | YES | 4/1/2019 |
| U.S. LONGSHOREMEN'S & HARBOR WORKERS | YES | 4/18/2019 |
| INLAND MARINE | YES | 9/30/2019 |
| EMPLOYMENT PRACTICES | YES | 12/14/2019 |

**CIRCLE ONE**

| | |
|---|---|
| Are all accounts receivable being collected within terms? | Yes (No) |
| Are all post-petition liabilities, including taxes, being paid within terms? | (Yes) No |
| Have any pre-petition liabilities been paid? | (Yes) No |
| If so, describe | **Amounts paid pursuant to First Day Orders.** |
| Are all funds received being deposited into DIP bank accounts? | Yes (No) |
| Were any assets disposed of outside the normal course of business? | Yes (No) |
| If so, describe | |
| Are all U.S. Trustee Quarterly Fee Payments current? | (Yes) No |
| What is the status of your Plan of Reorganization? | **The Debtors are in the process of negotiating a plan with the various case parties.** |

| | | |
|---|---|---|
| ATTORNEY NAME: | Marcus A. Helt | |
| FIRM NAME: | Foley Lardner LLP | |
| ADDRESS: | 2021 McKinney Avenue | |
| | Suite 1600 | |
| CITY, STATE, ZIP: | Dallas, Texas 75201 | |
| TELEPHONE/FAX: | (214) 999-3000 | |

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED:   /s/ Ryan Bouley   3/29/2019

*MOR-1*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

CASE NAME: Burkhalter Rigging, Inc., et al.   PETITION DATE: 1/31/2019
CASE NUMBER: 19-30495

**MONTHLY OPERATING REPORT NOTES FOR FEBRUARY 2019**

Note 1   Debtor-in-Possession Financial Statements - The accompanying schedules MOR-1 through MOR-9 and the supplemental exhibits contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial statements and the supplemental information contained herein represent the financial information for the Debtors only. The Company's non-Debtor entities are not included in the financial statements and supplemental information contained herein.

Note 2   The Monthly Operating Report is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Bankruptcy Court and the United States Trustee. The unaudited financial statements have been derived from the books and records of the Debtor. The information presented herein has not been subject to all procedures that would typically be applied to financial information presented in accordance with GAAP. Upon the application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this Monthly Operating Report includes normal recurring adjustments, but does not include all of the adjustments that would typically be made for interim financial statements in accordance with GAAP.

Note 3   The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position or cash flows of the Debtors in the future.

Note 4   The February financial statements are preliminary and subject to quarter-end adjustments and true-ups made during the quarter close process.

CASE NAME: Burkhalter Rigging, Inc., et al.
CASE NUMBER: 19-30495

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE 1/31/2019 | MONTH 2/28/2019 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | |
| Cash | See attached Exhibit A | | | | |
| Revenue Receivable | | | | | |
| Accounts Receivable, Net | | | | | |
| Prepaid Expenses | | | | | |
| Commodity derivative contracts | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | |
| Less: Accumulated Depreciation | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | |
| 1. Restricted Cash | | | | | |
| 2. Advances to Operators | | | | | |
| TOTAL ASSETS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-2**

CASE NAME: Burkhalter Rigging, Inc., et al.
CASE NUMBER: 19-30495

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE 1/31/2019 | MONTH 2/28/2019 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| **LIABILITIES** | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | |
| Accounts Payable | See attached Exhibit A | | | | |
| Revenues Payable | | | | | |
| Accrued Interest | | | | | |
| Accrued Drilling and Operating Cost | | | | | |
| Other Accrued Liabilities | | | | | |
| Liabilities Subject to Compromise | | | | | |
| Term Loan | | | | | |
| Convertible Notes | | | | | |
| Asset Retirement Obligations | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | **0.00** | **0.00** | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | |
| Preferred Stock, par value (Series A) | | | | | |
| Preferred Stock, par value (Series B) | | | | | |
| Common Stock, par value | | | | | |
| Additional paid-in capital (commons stock & stock comp) | | | | | |
| Additional paid-in capital (preferred shares - Series A) | | | | | |
| Additional paid-in capital (preferred shares - Series B) | | | | | |
| Deficits | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**MOR-3**

CASE NAME: Burkhalter Rigging, Inc., et al.
CASE NUMBER: 19-30495

### EXHIBIT A: COMPARATIVE BALANCE SHEETS

|  | Filing Date | 2/28/2019 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets:** | | |
| Cash | $ 148,313 | $ 625,365 |
| Accounts Receivable | 4,347,568 | 4,128,582 |
| Costs in Excess of Billings | 216,684 | 97,966 |
| Prepaid Insurance | 142,012 | 100,699 |
| Employee Receivable | 28,115 | 28,025 |
| Other Accounts Receivable | 306,670 | 306,670 |
| **Total current assets** | **5,189,362** | **5,287,307** |
| **Fixed Assets:** | | |
| Heavy Equipment | 25,837,904 | 25,940,869 |
| Other Equipment | 9,478,853 | 9,478,853 |
| Office Furniture/Equipment | 223,659 | 223,659 |
| Leasehold Improvements | 636,044 | 636,044 |
| Total Fixed Assets | 36,176,461 | 36,279,425 |
| Less: Accumulated Depreciation | (14,476,453) | (14,562,763) |
| **Net fixed assets** | **21,700,007** | **21,716,661** |
| **Other Assets:** | | |
| Deposits | 86,000 | 86,000 |
| Investment in BBLLC | 1,589,650 | 1,617,854 |
| Investment in tax liens | 1,081 | 1,081 |
| **Total other assets** | **1,676,731** | **1,704,935** |
| **TOTAL ASSETS** | **$ 28,566,100** | **$ 28,708,903** |
| | | |
| **LIABILITIES & EQUITY** | | |
| **Current Liabilities:** | | |
| Prepetition Accounts Payable | $ 7,720,007 | $ 7,910,696 |
| Postpetition Accounts Payable | - | 96,682 |
| Billings in Excess of Costs | | 86,568 |
| Salaries & Wages Payable | 89,946 | 56,126 |
| Taxes Payable | 152,072 | 138,490 |
| Other Liabilities | 3,636,597 | 4,413,057 |
| **Total current liabilities** | **11,599,882** | **12,701,620** |
| **Long Term Liabilities:** | | |
| Notes Payable | 24,282,563 | 24,186,673 |
| Deferred Income Taxes | 5,385,623 | 5,385,623 |
| **Total long term liabilities** | **29,668,186** | **29,572,296** |
| **Equity:** | | |
| Total equity | (12,701,968) | (13,565,012) |
| **TOTAL LIABILITIES & EQUITY** | **$ 28,566,100** | **$ 28,708,903** |

CASE NAME: Burkhalter Rigging, Inc., et al.
CASE NUMBER: 19-30495

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH 2/28/2019 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 96,682 | | | | |
| TAX PAYABLE | | | | | |
|   Federal Payroll Taxes | 36,486 | | | | |
|   State Payroll Taxes | 12,987 | | | | |
|   Ad Valorem Taxes | | | | | |
|   Other Taxes | 12 | | | | |
| **TOTAL TAXES PAYABLE** | **49,485** | **0.00** | **0.00** | **0.00** | **0.00** |
| OTHER PAYABLES | | | | | |
|   Payroll Misc Deductions | 966 | | | | |
|   401k Accruals | 11,582 | | | | |
|   Billings in Excess of Costs | 86,568 | | | | |
|   Salaries & Wages Payable | 56,126 | | | | |
|   Workers' Comp Accrual | 553 | | | | |
|   Misc Accruals | 210,917 | | | | |
| **TOTAL OTHER PAYABLES** | **366,712** | | | | |
| SECURED DEBT POST-PETITION | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | |
| ACCRUED PROFESSIONAL FEES* | 532,570 | | | | |
| OTHER ACCRUED LIABILITIES | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | **$1,045,450** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

*Payment requires Court Approval

MOR-4

CASE NAME: Burkhalter Rigging, Inc., et al.
CASE NUMBER: 19-30495

## AGING OF POST-PETITION LIABILITIES
## FEBRUARY 2019

|  | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | 401K ACCRUALS | ACCRUED PROFESSIONAL FEES | OTHER PAYABLES |
|---|---|---|---|---|---|---|---|---|
| Current | 1,020,181 | 71,413 | 36,498 | 12,987 | 0 | 11,582 | 532,570 | 355,131 |
| 0-30 DAYS | 25,269 | 25,269 | - | - | - | - | - | - |
| 31-60 DAYS | - | - | - | - | - | - | - | - |
| 61-90 DAYS | - | - | - | - | - | - | - | - |
| 91+ DAYS | - | - | - | - | - | - | - | - |
| TOTAL | $1,045,450 | $96,682 | $36,498 | $12,987 | $0 | $11,582 | $532,570 | $355,131 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | 2/28/2019 |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| Current | 311,667 |  |  |  |  |  |  |  |
| 0-30 DAYS | 956,682 |  |  |  |  |  |  |  |
| 31-60 DAYS | 1,274,299 |  |  |  |  |  |  |  |
| 61-90 DAYS | 744,185 |  |  |  |  |  |  |  |
| 91+ DAYS | 1,176,444 |  |  |  |  |  |  |  |
| TOTAL | $4,463,277 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-5

CASE NAME: Burkhalter Rigging, Inc., et al.
CASE NUMBER: 19-30495

## STATEMENT OF INCOME (LOSS)

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| **REVENUES  (MOR-1)** | | | | | | | 0.00 |
| **TOTAL COST OF REVENUES** | | | | | | | 0.00 |
| **GROSS PROFIT** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | **See attached Exhibit B** | | | | | | 0.00 |
| General & Administrative | | | | | | | 0.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| **TOTAL OPERATING EXPENSES** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS)  (MOR-1)** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\*  *Footnote Mandatory.*

\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**                                                                                                                 *Revised 07/01/98*

CASE NAME: Burkhalter Rigging, Inc., et al.
CASE NUMBER: 19-30495

### EXHIBIT B: STATEMENT OF INCOME (LOSS)

|  | 2/28/2019 |
|---|---:|
| Job Billings | $ 675,682 |
| Direct Job Expense | 500,005 |
| **Gross profit** | **$ 175,677** |
| Indirect Expenses | 13,029 |
| Insiders Compensation | 93,960 |
| G & A | 212,955 |
| Professional Fees | 532,570 |
| **Income from operations** | **$ (676,837)** |
| EQ/Depreciation | 83,841 |
| Interest Expense | 99,896 |
| Depreciation Expense-Leasehold | 2,469 |
| Provision for Income Taxes | - |
| **Net Income (Loss)** | **$ (863,044)** |

CASE NAME: Burkhalter Rigging, Inc., et al.
CASE NUMBER: 19-30495

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2/28/2019 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $148,313 | | | | | $148,313 |
| **RECEIPTS:** | | | | | | |
| 2. CASH SALES | | | | | | 0 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 1,416,452 | | | | | 1,416,452 |
| 4. LOANS & ADVANCES (attach list) | 0 | | | | | 0 |
| 5. SALE OF ASSETS | 0 | | | | | 0 |
| 6. OTHER (attach list) | 16,232 | | | | | 16,232 |
| TOTAL RECEIPTS** | 1,432,684 | 0.00 | 0.00 | 0.00 | 0.00 | 1,432,684 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | 0 |
| **DISBURSEMENTS:** | | | | | | |
| 7. NET PAYROLL (1) | 397,176 | | | | | 397,176 |
| 8. PAYROLL TAXES PAID | 134,752 | | | | | 134,752 |
| 9. SALES, USE & OTHER TAXES PAID | 48,293 | | | | | 48,293 |
| 10. SECURED/RENTAL/LEASES | 31,270 | | | | | 31,270 |
| 11. UTILITIES & TELEPHONE | 133 | | | | | 133 |
| 12. INSURANCE (2) | 208,799 | | | | | 208,799 |
| 13. INVENTORY PURCHASES | 0 | | | | | 0 |
| 14. VEHICLE EXPENSES | 0 | | | | | 0 |
| 15. TRAVEL & ENTERTAINMENT | 0 | | | | | 0 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0 | | | | | 0 |
| 17. ADMINISTRATIVE & SELLING | 16,615 | | | | | 16,615 |
| 18. JOB COSTS | 118,595 | | | | | 118,595 |
| 19. OTHER (attach list) | 0 | | | | | 0 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 955,633 | 0 | 0 | 0 | 0 | 955,633 |
| 20. PROFESSIONAL FEES | 0 | | | | | 0 |
| 21. U.S. TRUSTEE FEES | 0 | | | | | 0 |
| 22. OTHER REORGANIZATION EXPENSES (attach list) | 0 | | | | | 0 |
| TOTAL DISBURSEMENTS** (3) | 955,633 | 0 | 0 | 0 | 0 | 955,633 |
| 23. NET CASH FLOW | 477,052 | 0 | 0 | 0 | 0 | 477,052 |
| 24. CASH - END OF MONTH (MOR-2) | $625,365 | $0 | $0 | $0 | $0 | $625,365 |

**Footnotes**

**(1)** Includes 401(k) matching

**(2)** Includes amounts paid for employee insurance coverage

**(3)** See Exhibit C for disbursements by entity

**MOR-7**

\* Applies to Individual debtors only

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

CASE NAME:     Burkhalter Rigging, Inc., et al.
CASE NUMBER: 19-30495

### EXHIBIT C: TOTAL DISBURSEMENTS BY COMPANY

|  | BRI [1] | BTI [2] | BST [3] |
|---|---|---|---|
| February | 955,427 | 181 | 25 |

*Note:*  (1) Burkhalter Rigging, Inc.
(2) Burkhalter Transport, Inc.
(3) Burkhalter Specialized Transport, LLC

CASE NAME:  Burkhalter Rigging, Inc., et al.
CASE NUMBER:  19-30495

## CASH ACCOUNT RECONCILIATION
## MONTH OF FEBRUARY 2019

| BANK NAME | Regions Bank | Regions Bank | Regions Bank | Regions Bank | Regions Bank | Trustmark Bank | Trustmark Bank | Trustmark Bank | Petty Cash | |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | 0483 | 3339 | 3347 | 1786 | 2860 | 0304 | 9723 | 9715 | | |
| ACCOUNT TYPE | *BRI - General Checking* | *BRI - DIP* | *BST - DIP* | *BTI - DIP* | *Utility Deposit* | *BRI - General Checking* | *BST - General Checking* | *BTI - General Checking* | | **TOTAL** |
| | | | | | | | | | | |
| **BANK BALANCE ($ in thousands)** | $266,314 | $442,200 | $50 | $395 | $9,500 | $0 | $0 | $0 | $1,000 | **$719,458** |
| DEPOSITS IN TRANSIT | (2,416) | 0 | | | | | | | | ($2,416) |
| OUTSTANDING CHECKS | 14,875 | 76,804 | | | | | | | | $91,678 |
| **ADJUSTED BANK BALANCE** | **$249,023** | **$365,396** | **$50** | **$395** | **$9,500** | **$0** | **$0** | **$0** | **$1,000** | **$625,365** |
| BEGINNING CASH - PER BOOKS | $ 36,807 | $ - | $ - | $ - | $ - | $ 110,191 | $ 269 | $ 46 | $ 1,000 | **$148,313** |
| RECEIPTS* | 754,585 | 630,638 | | | | 47,461 | - | - | | $1,432,684 |
| TRANSFERS BETWEEN ACCOUNTS | 247,176 | (99,495) | 50 | 550 | 9,500 | (157,517) | (244) | (20) | | $0 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | | | | | | $0 |
| CHECKS/OTHER DISBURSEMENTS* | 789,545 | 165,747 | | 155 | | 135 | 25 | 26 | | $955,633 |
| **ENDING CASH - PER BOOKS** | $ 249,023 | $ 365,396 | $ 50 | $ 395 | $ 9,500 | $ - | $ - | $ - | $ 1,000 | **$625,365** |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

CASE NAME: Burkhalter Rigging, Inc., et al.
CASE NUMBER: 19-30495

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 2/28/2019 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1 Douglas Miller (salary and expense reimbursement) | 35,237 | | | | |
| 2 Brett Burkhalter (salary and expense reimbursement) | 1,768 | | | | |
| 3 Brooke Burkhalter (salary and expense reimbursement) | 10,385 | | | | |
| 4 Christine Burkhalter (salary and expense reimbursement) | 10,232 | | | | |
| 5 Delynn Burkhalter (salary and expense reimbursement) | 29,454 | | | | |
| 6 Lindsey Burkhalter (salary and expense reimbursement) | 6,884 | | | | |
| TOTAL INSIDERS (MOR-1) | $93,960 | $0 | $0 | $0 | $0 |

| PROFESSIONALS | MONTH 2/28/2019 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0 | $0 | $0 | $0 | $0 |

MOR-9